JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHERINE WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN E. POTTER, POSTMASTER ) <br> GENERAL, ) <br> ) <br> Defendant. ) <br> _____) | No. C 08-00026 JL <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

                                                            Respectfully submitted,

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney

Dated: March 17, 2008                                      /s/
                                                           ABRAHAM A. SIMMONS
                                                           Assistant United States Attorney

                                                           Attorneys for Defendant

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

 X    FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

 ___  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

 ___  PERSONAL SERVICE (BY MESSENGER)

 ___  FEDERAL EXPRESS via Priority Overnight

 ___  EMAIL

 ___  FACSIMILE (FAX)

to the party(ies) addressed as follows:

Katherine Williams, Pro Se
445 Fordham Circle
Vallejo, CA 94589
PH: 707.643.2423     FX:
Email:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this March 17, 2008 at San Francisco, California.

                         /s/
                         LILY HO-VUONG
                         Legal Assistant