JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:      abraham.simmons@usdoj.gov

Attorneys for Federal Defendant John Potter,
    Postmaster General of the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHERINE WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General of the United States Postal Service<br><br>        Defendant. | No. C 07-4894 SBA<br><br>**ANSWER OF FEDERAL DEFENDANT JOHN E. POTTER** |

    Defendant John E. Potter, Postmaster General of the United States Postal Service ("Defendant"), through undersigned counsel, answers the Employment Discrimination Complaint filed by plaintiff Katherine Williams on January 3, 2008. With respect to the numbered paragraphs in the Complaint, defendant responds as follows:

    1.    Defendant is without sufficient knowledge to form a belief regarding plaintiff's residency.

    2.    Admitted.

    3.    Paragraph 3 is a comprised of a number of legal conclusions and a statement of the basis for this lawsuit to which no response is required. To the extent that a response is deemed necessary, defendant denies that plaintiff has merit under any of the provisions sited in the paragraph.

1    4. The factual allegations in paragraph 4 are denied. In addition, the allegation in
2  paragraph 4 contains a characterization of this lawsuit to which no response is required. To the
3  extent that a response is deemed necessary, defendant denies that plaintiff's characterization of
4  this lawsuit has merit whatsoever.
5    5. Denied.
6    6. Denied.
7    7. The allegation in paragraph 7 is a legal conclusion to which no response is required.
8  To the extent that a response is deemed necessary, th allegation is denied.
9    8. Admitted.
10    9. Defendant is without sufficient knowledge to form a belief regarding plaintiff's receipt
11  of the Notice-of-Right-to-Sue letter from the Equal Employment Opportunity Commission.
12  Defendant admits that the issue date of the OFO Decision, which is incorporated in a statemet of
13  plaintiff's right to sue, was November 9, 2007.
14    10. Paragraph 10 is a demand for jury trial to which no response is required.
15    11. Paragraph 11 is a prayer for relief to which no response is required. To the extent
16  that a response is deemed necessary, defendant denies that plaintiff is entitled to any relief
17  whatsoever under her complaint.

## AFFIRMATIVE DEFENSES

19    For further and separate answer, defendant alleges as follows:
20    12. Plaintiff fails to state a claim upon which relief can be granted.
21    13. Plaintiff has failed to exhaust administrative remedies.
22    14. All actions of the United States Postal Service being challenged by plaintiff were
23  taken for legitimate, nondiscriminatory and non-pretextual reasons.
24    15. Plaintiff is not entitled to recover punitive damages in this action.
25    16. Plaintiff failed to mitigate her damages, if any she suffered.
26    17. If defendant has engaged in any discriminatory or retaliatory actions, he
27  nevertheless is not liable because he would have engaged in the same adverse employment

1  actions, if any, in the absence of such discrimination or retaliation.

2    18. The acts about plaintiff complains, or some of them, are not sufficiently severe as
3  to entitle plaintiff to relief.

4    19. Defendant is not liable for any discrimination if it has occurred because (1) he was
5  not actually or legally aware that such discrimination or retaliation occurred or (2) plaintiff did
6  not meet her obligations of informing defendant of such discrimination or retaliation or (3) both.

7    **WHEREFORE, defendant prays that:**

8    1. The complaint be dismissed;

9    2. Plaintiff take nothing by this action;

10   3. The Court enter judgment in favor of defendant, denying injunctive, declaratory, or
11 any other form of equitable relief;

12   4. The Court grant such other and further relief as it deems proper
13 and just.

14           Respectfully submitted,

15           JOSEPH P. RUSSONIELLO
           United States Attorney
16
Dated: March 17, 2008      /s/
17           ABRAHAM A. SIMMONS
           Assistant United States Attorney
18

19

20

21

22

23

24

25

26

27

28

Answer of Defendant John Potter
C 08-0026 JL        3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ANSWER OF FEDERAL DEFENDANT JOHN E. POTTER**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

| | |
|---|---|
| X | FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice. |
| ___ | CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice. |
| ___ | PERSONAL SERVICE (BY MESSENGER) |
| ___ | FEDERAL EXPRESS via Priority Overnight |
| ___ | EMAIL |
| ___ | FACSIMILE (FAX) |

to the party(ies) addressed as follows:

Katherine Williams, Pro Se
445 Fordham Circle
Vallejo, CA 94589
PH: 707.643.2423     FX:
Email:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this March 17, 2008 at San Francisco, California.

_____/s/_____
LILY HO-VUONG
Legal Assistant

Answer of Defendant John Potter
C 08-0026 JL                              4