UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER,<br><br>        Defendant. | Case Number: CV08-00026 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Katherine Williams
445 Fordham Circle
Vallejo, CA 94589

Dated: March 25, 2008

                                        Richard W. Wieking, Clerk
                                        By: Dawn Toland, Deputy Clerk