**FILED**

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

MAR 2 8 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHERINE WILLIAMS<br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER<br>GENERAL OF THE USPS<br><br>Defendant, | C 08-00026WHA<br>OPPOSE REQUEST TO BE<br>EXCUSED FROM ADR PROGRAM and<br>REQUESTING AN ATTORNEY |

Honorable Judge Williams Alsup:

I'm really out of my league trying to represent myself in the civil matter I'm asking that you order myself and the defendant/representative to mediation and we will see how weak my case is. I have been trying to be heard for two years and only found closed doors that they (the defendant and administration) are trying to keep closed. Please consider appointing me an attorney to represent me. I requested a hearing with the Administrative Judge, Linda Overton but was denied she only considered the lies, fraudulent documents and cover up that the agency submitted to this investigation to support their actions. Atty. Abraham Simmons stated in order that he made the request to be exempt from the ADR requirements of the Court. I haven't received a call from Mr. Simmons to respond neither did he leave a message because I don't have an answering machine. I've also made request for personnel records on individuals who violated me from the Atty. Corrine Lee representing the post office in the internal process and didn't get any corporation. I would like to try this process as an attempt to resolve this matter. I was fired after I complained of hostile working conditions and the assaults on my person. Exhibit 1 is a Statement by Michael Catabay of one the assaults that I received while working at the post office I was shot with 4 rubber bands by Larry Headington after I stated I was a Christian declining his offer to a bar.
Exhibit 2 is claim forms and receipt for damages when Darcie injured my finger.
Exhibit 3 is the Worker's Comp. claims for injuries that Mr. Aguilera, Rebecca Nehring and Darcie Kibodeaux attempted to be covered up by firing me to hide the claims forms had to be resubmitted.

Dated: March 26, 2008

*Katherine Williams*
Katherine Williams