**FILED**

Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867
(707) 643-2423

MAR 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Katherine Williams, USPS Carrier

C08-00026WHA

    **Plaintiff**

  v.

John Potter, Postmaster General

    **Defendant**

United States District Court
Northern District Court
Statement of Case

Honorable Judge Alsup:

I worked as a U.S. Rural Postal Carrier for a short time because I was fired fraudulently in retaliation after I complained of extremely hostile work environment in which I was assaulted and harassed on a regular bases by not only co-worker but also the supervisors who were put over us and not monitored by the Postmaster or manager, my civil rights were violated, I was lynched by rouge postal employee's at that location who targeted certain individual for unfair treatment and then separation from their job if they complain. I went through the EEO and EEOC process and have successfully filed my case in the United States District Court in a timely manner seeking justice for myself requesting compensation as well as for all the guilty individuals to be punished, demoted and/or dismissed from their postal duties because I have been grossly wronged, there must be stiff penalties for every offense/violation that has been proven and for all the individuals who have lied, perjured themselves after they swore to tell the truth. (NO ONE SHOULD EVER) experience what I encountered. <u>I AM A UNITED STATES CITIZEN;</u> all these atrocious acts were towards my person which I'm still suffering from some of the injuries that I will never fully recover totally. There should be stiff penalties against the defendant John Potter, Postmaster General. I'm pleading with you for justice, relief and everything I've asked for in the resolution and requesting that you appoint an Attorney to help me calculate the monetary award (tbd) owed to me. I was innocent and was punished.

Sincerely,

*Katherine Williams*
Katherine Williams
Plaintiff

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on March 27, 2008 the foregoing was mailed to the following:
Letter opposing request to be excused from ADR and requesting an attorney
Document to support injuries i.e. Worker's Comp. forms
Statement from co-worker that I was shot with rubber bands
Request for payment of damages to my personal property
First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave.
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams*
Katherine Williams Pro Se
Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Katherine Williams
Plaintiff(s),

v.

John Potter, Postmaster General
Defendant(s).

CASE NO. C 08-00026 WHA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 3/26/08

Katherine Williams
[Party]

Dated: _____

_____
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867
C08-00026 WHA

United States District Court
450 Golden Gate Ave.
San Francisco, CA 94102-3495
Attn: ADR Unit

94102+3661

