# EXHIBIT 1

FILED

MAR 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Michael Cataban            06/10/20??

1  Have you ever heard Larry Headington use profanity on the work room floor?



2  Did Larry Headington put a note on Katherine Williams back?

I think so

3  Did you ever see Larry Headington shoot rubber bands at Katherine Williams?

Yes, not just at her he does it to every one

4  Have you ever heard Larry Headington speak with malice about Katherine Willhams?

No

5  Were you playing around with Larry Headington while you were training Katherine
Williams on route 19

No, but we probably were laughing but we were not playing around

6  Have you ever seen Larry Headington show any aggression toward Katherine
Williams?

Interview conducted by
Darcella Kibodeaux
SCS
On 06/10/2006

Exhibit 2 6
p. 1 of 2

Mike C        6-10-06        1007
                            #12

1. was Profanity Used
   by Larry or you? No.

2. did Larry put a Note
   on her Back. I think so

3. Did you Ever See Larry
   Shoot Rubber Bands at
   Katherine? Yes, Not Just
   her Everyone.

4) Have you Ever heard Larry
   Speak with Malice
   but forward Katherine No

5) Were you Playing around
   w/ Larry while you
   were Training Katherine.
   on K19. No, we probably
   Were Laughing but Not
   Playing around.

6) Have you Ever Seen Larry
   Show any aggression toward
   Katherine. No

Exhibit 20
p. 2 of 2

# EXHIBIT 2

FILED

MAR 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**EMPLOYEE'S CLAIM**
**FOR PERSONAL PROPERTY**

Type or write legibly in ink. Submit in triplicate to your supervisor within 15 days (if you are leaving employment) or 30 days (if you are a non-bargaining employee) from the date that damage occurred.

Part One – This Page Completed by Employee

Name of Claimant
**Katherine Williams**

Claimant's Home Address
**445 Fordham Cir.**
**Vallejo, CA 94589-1861**

SSN
**512-901508**

Title of Claimant
**Rural Carrier Assoc.**

Claimant's Work Address/Work Phone Number
**fairfield Post Office Annex**
**325 merganser Dr. Suisun, CA 94585**

Date Loss/Damage Occurred
**3/28/06      11/14/06**

Total Amount of Claim
**$ 145.90 plus $25.00 to set stone**

## Article(s) for Which Claim is Made

Include paid receipt or other evidence showing purchase date and original price of lost or damaged article. If repairable, include an estimate for repair, not repairable include a statement from a bldu, dry cleaner, etc. to substantiate. If claim is for eyeglasses, state exactly what parts are broken. Include an itemized receipt for the REPLACEMENT of damaged parts. Replacement must be of the same quality as the damaged parts.

See attached copies of purchases and cost of repair for
Mother's ring
a) mother's ring DOL 3/28/06
b) 1/4 Buttercup earring DOL 11/14/06

## Description of Loss or Damage

(Give date, cause of damage, the circumstances of accident involving loss or damage. State salvage value.)

a) On 3/28/06 Darcie shoved my hand with an advo into the metal case and chipped my mothers' ring and injuring my 3rd finger
b) I was in unemployment meeting when my purse unexpectedly fell on my leg causing me to jump hitting my ear losing my 1/4 butter cup earring my present mental state was brought on from work conditions assaults and harassment.

## Insurance Coverage/Recovery Attempt

Homeowners
Insurance          Yes          No

Comprehensive                   Yes          No

Has claim been made with your insurance company?      Yes      No

If yes, list details

Name & Address of Insurance Company

Amount of Deductible
$

If damages result from the negligence of another party, have you been made to recover from that party?      Yes      No      (If yes recovery must include 3rd party.)

I certify that the damages were not caused or were not caused in whole or in part by any negligence on my behalf and all repairs or the replacement of the article listed on the front or back part of this form have been, or will be made, to put my property into the same condition it was prior to the occurrence of this claim. No previous claim has been made for the property for which this claim is made and will be honored through the Workman's Compensation Program. If any of the property on the front or back of this form is recovered and additional damages occur.

I make this claim with full knowledge of the penalties of the law which makes it a crime to make a false claim. That on conviction of presenting a fraudulent claim, you may be subject to a fine of $10,000 or imprisonment for years or both.

I hereby assign to the United States Postal Service, any claim accepted by me as a right, title and interest I may have against any insurer or other party arising out of the damage or destruction to the property described on this form and will operate to furnish such information as may be required to enable the United States to bring such action.

PRIVACY ACT. This form is covered under the authority of 39 USC 1001 & 2002. It will be used to determine liability and for use if proof of loss amount of loss as true. The information you furnish may be disclosed to any outside and agency for investigation of possible violations for the purposes of prosecution or defense, the release of information. Furnish information as required by the NLRA or the Office of labor relations. Voluntary disclosure gating an LED summons or legal proceeding to which the Postal Service is a party. Completion of this form is voluntary. However, this information is necessary. If this information is not given, your matters may not be processed.

Date of Claim
**11/28/06**

Claimant's Signature
**Katherine Williams**

November 15, 2007

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423
Employee Claim # F00R-4F-E06276213

United States Postal Service
Labor Relations
Pacific Area Office
390 Main St. #234
San Francisco, CA 94199-4401

Area Labor Relations Specialist
Dear Ms. Ross:

I'm not satisfied with the decision that my claim for $145.90 for damages of my Mother's ring and the lost earring was not approved and I'm appealing this decision because first of all the postal service should not have had an employee who would put their hand on another and cause injury and damage to someone else property. Darcie Kibodeaux shouldn't have been in a leadership position supervising anyone. She shoved my hand into the metal casing on March 28, 2006. I was subjected to harassment and assault while I worked in that dungeon without supervision or monitoring from the postmaster or the manager. She has lied throughout this whole investigation and submitted fraudulent document and had me fired while under doctor's care. Oh no! I don't agree with that at all. I didn't damage the ring myself; the ring was damaged by one of your employees who seem to have a mental problem, defiantly an integrity problem. After all the months of harassment and assaults I was subjected to and put on medicine to bring me back to my right mind my ring started looking funny, it was never bumped until the acts of the supervisor who was over us (your responsibility) that's when I took it to the shop and was told that the stone was chipped. You are responsible for any damages that is caused be another employee especially something that was intentionally done. If my child damage something I as the parent/adult is responsible for their actions. It was filed as soon as I was told of the damage. I wouldn't need to file a claim if this person hadn't put her hand on me and shoved it into the metal casing.

Sincerely,

Katherine Williams

cc: Union Representative          Kurtis K. Buttars
    Postmaster                   Johnny Aguilera
    Manager, Human Resourses     Bay Valley District

LINCOLN JEWELERS
915 Texas Street
Fairfield, CA 94533
(707) 425-3082

LINCOLN LOAN CO.
350 Georgia Street
Vallejo, CA 94590
(707) 642-6773

SALES CONTRACT/
SECURITY AGREEMENT

OPEN END    REVOLVING CREDIT ACCOUNT

Account #

Date

**NOTICE TO THE BUYER:** (1) Do not sign this agreement before you read it or if it contains any blank spaces. (2) You are entitled to a completely filled in copy of this agreement. (3) ...

A Lincoln Jeweler ...

| | |
|---|---|
| SALES TAX | |
| TOTAL CASH PRICE | |
| LESS DOWN PAYMENT IN (CODE) $ | |
| LESS TRADE IN (CODE) $ | |
| TOTAL DOWN PAYMENT & TRADE IN | |
| UNPAID BALANCE | |
| CURRENT BALANCE OF EXISTING ACCOUNT (IF APPLICABLE) | |
| NEW BALANCE OF ACCOUNT | |

**(1) Definitions.** In this agreement, the words your and yours mean the customer of A Lincoln Jewelers signing this agreement. The words we, us, and ours mean A Lincoln Jewelers.

**(2) Monthly Statement.** If you have a balance on your account we will send you a monthly statement. It will show separately your purchases, the Finance Charge, the minimum payments due, the date the payment is due, and the payments you made during the month as well as other important information.

**(3) Finance Charges.** Unless you paid the "balance subject to Finance Charges" shown on your monthly statement in full by the payment due date, a Finance Charge will be added to your account based on this ...

(1) We start with the "balance of your account at the beginning of the billing period."
(2) During the present we subtract payments and credits...

**(3) Minimum Payment.** The minimum payment ...

$ _____ for balance up to _____
$ _____ on _____ before
$ _____ of month thereafter $ _____

until the entire balance of your account has been paid in full.

**(4) Paying More Than the Minimum.** You may at any time pay more than the minimum amount due - or even the full amount without a penalty. Larger payments during the billing cycle will result in a smaller "balance subject to Finance Charge" as described in (5) below.

**(5)** We then take the balance of your account at the end of the billing period (called "balance subject to Finance Charge") and multiply this amount by the following periodic rate (3.92% ANNUAL PERCENTAGE RATE).

... Finance Charge will be applied to any purchases of merchandise during the billing period in which the purchases were made.

**REMINDER NOTICE TO BUYER (YOU)**

(A) Do not sign this security agreement before you read it or if it contains any blank spaces.

(B) You are entitled to a completely filled in copy of this agreement.

(C) You are not entitled to complete warrant. Exchanges usually will restore tax of any exchange.

(D) We have the right to change your discount rate.

**(5) Additional Purchase.** A Lincoln Jewelers is permitted to sell your subsequent purchases to A Lincoln Jewelers and to add your subsequent payment and add Finance Charges ...

**(7) Security.** To protect A Lincoln Jewelers you give us what is known as a security interest in the merchandise which you purchase from A Lincoln Jewelers. This means that ownership of the merchandise you are now buying remains with A Lincoln Jewelers until it is fully paid.

**(3) Removal of Merchandise.** You agree to notify A Lincoln Jewelers within 10 days in writing of any change of name, employment, residence or any place to which the merchandise secured by this agreement is moved.

**(9) Defaults.** You will be in default if
(1) you do not pay a minimum payment on time, or
(2) you seek bankruptcy, or insolvency proceedings are instituted by or against you.

If you are in default, A Lincoln Jewelers can by law, demand immediate payment of your entire account. A Lincoln Jewelers also has the right to repossess, sell and apply the proceeds to your account, retain all payment made, and to recover reasonable attorneys fees and costs.

**(10) Permission.** If you are in default, you agree that A Lincoln Jewelers has permission to communicate information concerning your account to your employer or any other business or personal references.

X _____ highlight is purchase of merchandise (evidence)

X _____

KATHERINE WILLIAMS

(Authorized by signature ...)

JEWELRY REPAIR          TO REORDER CALL 1-800-243-6144
                        www.starstruckinc.com

# LINCOLN LOAN CO.

350 Georgia Street
Vallejo, CA 94590
(707) 642-6719

Repair Hours: 9:00am - 5:30pm  Mon - Sat

| DATE RECEIVED | DATE PROMISED | 35346 |
|---|---|---|
| | | |

| ESTIMATED COST | DECLARED VALUE | RECEIVED BY |
|---|---|---|
| $ | $ 60 plus 25.00 | |

NAME:

ADDRESS:

CITY: _____ ST: _____ ZIP:

WORK PHONE: _____ HOME PHONE:

DESCRIPTION

INSTRUCTIONS

_____ Plus $25.00 to set stone

I have received and inspected the item(s) listed on this envelope and the work performed is to my satisfaction and the item(s) are in good condition. Items were received: _____ with _____ without original claim receipt.

Customer's Signature:

Delivery Date: _____ By: _____ Paid: $

*Stone in ring chipped when Darcie shoved my hand into metal casing cost of repair $60.00

LINCOLN JEWELERS

LINCOLN LOAN CO.

**SALES CONTRACT/ SECURITY AGREEMENT**

NOTICE TO THE BUYER

LINCOLN JEWELERS

SALES TAX

TOTAL CASH PRICE

LESS DOWN PAYMENT

LESS TRADE IN (CODE #'S

TOTAL DOWN PAYMENT & TRADE IN

UNPAID BALANCE

CURRENT BALANCE OF EXISTING ACCOUNT (IF APPLICABLE)

NEW BALANCE OF ACCOUNT

Definitions. In this agreement, the words you and yours mean the customer and A. Lincoln Jewelers signing this agreement. The words we, us and our's mean A. Lincoln Jewelers.

Monthly Statement. If you have a balance on your account we will send you a monthly statement. It will show separately your purchases, the Finance Charge, the minimum payments due, the date the payment is due, and the payments you made during the month as well as other important information.

Finance Charges. Unless you paid the balance subject to Finance Charges shown on your monthly statement in full by a payment due date, a Finance Charge will be added to your account figured as follows:

Minimum Payment. The minimum payment will be:

Paying More Than the Minimum. You may, at any time, pay more than the minimum amount due – or even the full amount without a penalty. Large payments during any billing cycle will result in a smaller balance subject to Finance Charge.

Removal of Merchandise.

Security.

Additional Promises.

Default.

Permission.

REMINDER NOTICE TO BUYER (YOU)

# EXHIBIT 3

FILED

MAR 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA



**Bay-Valley Performance Cluster**
*Injury Compensation Specialist*
*UNITED STATES*
**POSTAL SERVICE**

July 12, 2006

**KATHERINE WILLIAMS**
**445 FORDHAM CIR**
**VALLEJO CA 94589-1867**

This letter is in regard to your job-related injury of **03/17/06.**

We are sorry to hear you have suffered an injury and sincerely hope this note finds you well on your way to recovery.

We would like to take this opportunity to advise you of some of the benefits and responsibilities that are accorded by the Federal Employees' Compensation Act (FECA). FECA benefits include but are not limited to the following:

- Initial choice of physician (chiropractor care is usually not covered)
- Payment of injury related medical expenses
- Up to 45 calendar days of continuation of pay (COP) on CA-1 traumatic injury
- Compensation for wage loss after the 45 calendar day COP period expires
- Compensation for permanent impairment of specified member of the body
- Vocational rehabilitation services
- Death benefits

### *Penalty For False Statement:*

***Any employee, supervisor, or representative who knowingly makes a false statement with respect to a claim under FECA may be subject to a fine of not more than $10,000.00 or 5 years in prison, or both (20 CFR 10.23).***

For wage loss after the 45-calendar day COP period, you will need to file a **CA-7. If you want to buy back personal leave, the CA-7 must be filed within one year of the injury. IF YOU USE YOUR PERSONAL SICK LEAVE OR ANNUAL LEAVE YOU MAY ONLY BUY BACK THAT LEAVE USED DURING THE ADJUDICATION PROCESS OF YOUR CLAIM. Once OWCP has given a decision on your claim, you may not buy back any personal leave from that date forward (ELM 512.923).** If you have not returned to work you may however be entitled to LWOP which is paid directly by OWCP.

While FECA provides for the above benefits, it also places certain responsibilities on the injured employee. Specifically, it is your responsibility to:

- Complete and submit the employee's portion of the CA-1 or CA-2

*1675 7th Stree Rm. 416*
*Oakland, CA 94615-9446*
*Ph: (510)874-8288*
*Fax:(510)8748281*

Manager Post Office Operations
Ed Kimbie    1675 7th St #311
(510) 874-8252  Oakland, CA 94615-9992

*Bay-Valley Performance Cluster*
*Injury Compensation Specialist*

- Arrange for the submission of prima facie (i.e., true, valid, and sufficient at first impression) medical evidence of an injury to your supervisor, or injury compensation office. Failure to provide medical evidence may result in termination of all benefits.
- **Limited duty will be offered! You must notify your physician and request them to specify the limitations and restrictions that apply. Immediately turn in the CA-17 to your supervisor or the Injury Compensation Office.**
- **You are obligated to return the limited duty job offer or risk losing your benefits.**
- **You must immediately report any outside employment if you are unable to return to a limited duty position with the Postal Service.**

In assigning limited duty we will follow the provisions of the Employee and Labor Relations Manual 546.142(a) so as to minimize any adverse disruptive effect on you.

Injury compensation personnel are available to provide guidance or assistance on matters related to your injury. If you have any questions you may call the following number: (510) 874-8286.

Sincerely,

Pauline Melchor
IC Specialist

cc:    File

of Occupational Disease
aim for Compensation

**U.S. Department of Labor**

Employment Standards Administration
Office of Workers' Compensation Programs



ployee: Please complete all boxes 1 - 18 below. Do not complete shaded areas.
nploying Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

| | |
|---|---|
| 1. Name of employee (Last, First, Middle)  Williams, Katherine | 2. Social Security Number  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 |

| | | | | |
|---|---|---|---|---|
| 3. Date of birth  Mo. 5 Day 12 Yr. 59 | 4. Sex F | 5. Home telephone (707) 643-2423 | 6. Grade as of date of last exposure | Level 5 Step Y |

7. Employee's home mailing address (include city, state, and ZIP Code)
445 Fordham Cir.
Vallejo, CA 94589-1867

8. Dependents
☐ Wife, Husband
☐ Children under 18 years
☐ Other

9. Employee's occupation  Rural Route Carrier Assoc.

10. Location (address) where you worked when disease or illness occurred (include city, state, and ZIP Code)
Fairfield Annex Post Office
325 Merganser Dr.
Suisun, CA 94585

11. Date you first became aware of disease or illness
Mo. 3 Day 17 Yr. 06

12. Date you first realized the disease or illness was caused or aggravated by your employment
Mo. 3 Day 17 Yr. 06

13. Explain the relationship to your employment, and why you came to this realization
I started working on 3/17/06 I was shot with rubber bands by a co-worker, he put a sticky on my back I continue working trying to ignore him finally his behavior and actions started escalating showing aggression while passing my work area he almost knocked me down with his hamper. I became concerned and afraid for my [safety] I've never done anything to receive this treatment from anyone at that Post Office.

14. Nature of disease or illness  Stress / mental anguish my blood
pressure has been fluctuating since I started working which was in control before 3/17/06 after being harassed and discriminated suffered mentally, experiencing anger

15. If this notice and claim was not filed with the employing agency within 30 days after date shown above in item #12, explain the reason for the delay. I was new I was hoping after co-workers got to knowme their actions towards me would change and get better working relationship only got worst escalating into hostile work environment almost assultive, be singled out by my supervisor she treated me different from other workers.

16. If the statement requested in item 1 of the attached instructions is not submitted with this form, explain reason for delay.
see attached no other form received enclosed is copy of State Disability form and patient health information

17. If the medical reports requested in item 2 of attached instructions are not submitted with this form, explain reason for delay.
see attached no other form received enclosed is copy of State Disability form and patient health information

18. I certify, under penalty of law, that the disease or illness described above was the result of my employment with the United States Government, and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and other benefits provided by the Federal Employees' Compensation Act.

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf  Katherine Williams    Date 7/1/06

Have your supervisor complete the receipt attached to this form and return it to you for your records.

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

Supervisor's Report of Occupational Disease: Please complete information requested below

Agency name and address of reporting office (include city

*airfield Rural Rout*

*200 Kentucky St*

*Fairfield      CA.*

94533

Bay – Valley Performance Cluster
Injury Compensation Office
1675 7th Street, Rm – 416
Oakland, CA 94615-9446

OWCP Agency Code  543200

OSHA Site Code  94585

---

**20.** Employee's duty station (Street address and ZIP Code)

*325 Merganser    ★ DR    Suisun City   CA*     ZIP Code  94585

**21.** Regular work hours    From: 8 ☒ a.m. ☐ p.m.    To: 4:30 ☐ a.m. ☒ p.m.

**22.** Regular work schedule  ☐ Sun.  ☒ Mon.  ☐ Tues.  ☐ Wed. ☐ Thurs.  ☐ Fri.  ☐ Sat.   *(worked monday only this week)*

---

**23.** Name and address of physician first providing medical care (include city, state, ZIP code)

*975 Sereno Drive*

*Vallejo CA. 94589*

**24.** First date medical care received    Mo. 6  Day 13  Yr. 06

**25.** Do medical reports show employee is disabled for work?  ☒ Yes  ☐ No

**26.** Date employee first reported condition to supervisor    Mo. Day Yr.  7/7/06

**27.** Date and hour employee stopped work    Mo. Day Yr.  6/13/06   Time:    ☐ a.m. ☒ p.m.

**28.** Date and hour employee's pay stopped    Mo. Day Yr.  6/13/06   Time:    ☐ a.m. ☐ p.m.

**29.** Date employee was last exposed to conditions alleged to have caused disease or illness    Mo. Day Yr.  N/A

**30.** Date returned to work    Mo. Day Yr.  N/A    *Separated*   Time  ☐ a.m. ☐ p.m.  6/15/06

*Did Not pass probation –
poor performance*

**31.** If employee has returned to work and work assignment has changed, describe new duties

---

**32.** Employee's Retirement Coverage    ☐ CSRS  ☐ FERS  ☐ Other (Specify)

*N/A*

**33.** Was injury caused by third party?  ☐ Yes  ☒ No If "No," go to Item 35.

**34.** Name and address of third party (include city, state, and ZIP Code)

---

**35.** A supervisor who knowingly certifies to any false statement, misrepresentation, concealment of fact, etc., in respect to this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception: *See Attached Letter  Challenged Claim – Based on fact of injury*

*Darcella S Ribodeaux.*
Name of Supervisor (Type or print)

Signature of Supervisor

*204/3*
Supervisor's Title

*7-7-06*
Date

*707-425-8248*
Office phone

Form CA-2
Rev. Jan. 1997

Federal Employee's Notice of
Traumatic Injury and Claim for
Continuation of Pay/Compensation

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

Employee: Please complete all boxes 1 - 15 below. Do not complete shaded areas.
Witness: Complete bottom section 16.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

## Employee Data

1. Name of employee (Last, First, Middle)

Williams, Katherine

2. Social Security Num
572-90-15

3. Date of birth   Mo   Day   Yr.
5   12   74

4. Sex   Male ☒ Female

5. Home telephone
707 643-2423

6. Grade as of

date of injury   Level   6   St

7. Employee's home mailing address (include city, state, and ZIP code)

445 Fordham Cir. Vallejo, CA 94589

8. Dependents
Wife Husband
Children under

## Description of Injury

9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine)

Fairfield Annex Post Office 325 Merganser Dr. Suison, CA 194

10. Date injury occurred   Time        11. Date of this notice   12. Employee's occupation
Mo   Day   Yr.              ☒ a.m.       Mo   Day   Yr.
3   18   06   10:00   p.m.   11   1   06     Rural Route Carrier Assoc

13. Cause of injury (Describe what happened and why)

While casing my route #14 Larry shot me on the left leg 4x's

rubber bands leaving welts on my leg

14. Nature of injury (identify both the injury and the part of the body e.g. fracture of left leg)

welts on left leg

a. Occupation code

b. Type code   c. Sour

OWCP Use - NOI Code

## Employee Signature

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work.

a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

b. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf   Katherine Adelisa    Date 11/3/06

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

**Have your supervisor complete the receipt attached to this form and return it to you for your records.**

## Witness Statement

16. Statement of witness (Describe what you saw, heard, or know about this injury)

Name of witness                    Signature of witness                    Date signed

Address                            City                            State    ZIP Code

**Disability Benefits for Employees under the Federal Employees' Compensation Act (FECA)**

The FECA, which is administered by the Office of Workers' Compensation Programs (OWCP), provides the following benefits for job-related traumatic injuries:

(1) Continuation of pay for disability resulting from traumatic, job-related injury, not to exceed 45 calendar days. (To be eligible for continuation of pay, the employee, or someone acting on his/her behalf, must file Form CA-1 within 30 days following the injury; however, to avoid possible interruption of pay, the form should be filed within 2 working days. If the form is not filed within 30 days, compensation may be substituted for continuation of pay.)

(2) Payment of compensation for wage loss after the 45 days, if disability extends beyond such period.

(3) Payment of compensation for permanent impairment of certain organs, members, or functions of the body (such as loss or loss of use of an arm or kidney, loss of vision, etc.), or for serious disfigurement of the head, face, or neck.

(4) Vocational rehabilitation and related services where necessary.

(5) Full medical care from either Federal medical officers and hospitals, or private hospitals or physicians, of the employee's choice. Generally, 25 miles from the place of injury, place of employment, or employee's home is a reasonable distance to travel for medical care; however, other pertinent facts must also be considered in making selection of physicians or medical facilities.

At the time an employee stops work following a traumatic job-related injury, he or she may request continuation of pay or use sick or annual leave credited to his or her record. Where the employing agency continues the employee's pay, the pay must not be interrupted until:

(1) The employing agency receives medical information from the attending physician to the effect that disability has terminated:

(2) The OWCP advises that pay should be terminated; or

(3) The expiration of 45 calendar days following initial work stoppage.

If disability exceeds, or it is anticipated that it will exceed, 45 days, and the employee wishes to claim compensation, Form CA-7, with supporting medical evidence, must be filed with OWCP. To avoid interruption of income, the form should be filed on the 40th day of the COP period. Form CA-3 will be submitted to OWCP when the employee returns to work, disability ceases, or the 45 days period expires.

An employee may use sick or annual leave rather than LWOP while disabled. The employee may repurchase leave used for approved periods. Form CA-7b, available from the personnel office, should be studied BEFORE a decision is made to use leave.

For additional information, review the regulations governing the administration of the FECA (Code of Federal Regulations, Title 20, Chapter 1) or Chapter 810 of the Office of Personnel Management's Federal Personnel Manual.

In accordance with the Privacy Act of 1974, (5 U.S.C. 552a), you are hereby notified that: (1) The Federal Employees' Compensation Act, as amended and extended (5 U.S.C. 8101, et seq.) (FECA) is administered by the Office of Workers' Compensation Programs of the U.S. Department of Labor, which receives and maintains personal information on claimants and their immediate families. (2) Information which the Office has will be used to determine eligibility for and the amount of benefits payable under the FECA, and may be verified through computer matches or other appropriate means. (3) Information may be given to the Federal agency which employed the claimant at the time of injury in order to verify statements made, answer questions concerning the status of the claim, verify billing, and to consider issues relating to retention, rehire, or other relevant matters. (4) Information may also be given to other Federal agencies, other government entities, and to private-sector agencies and/or employers as part of rehabilitative and other return-to-work programs and services. (5) Information may be disclosed to physicians and other health care providers for use in providing treatment or medical/vocational rehabilitation, making evaluations for the Office, and for other purposes related to the medical management of the claim. (6) Information may be given to Federal, state and local agencies for law enforcement purposes, to obtain information relevant to a decision under the FECA, to determine whether benefits are being paid properly, including whether prohibited dual payments are being made, and, where appropriate, to pursue salary/administrative offset and debt collection actions required or permitted by the FECA and/or the Debt Collection Act. (7) Disclosure of the claimant's social security number (SSN) or tax identifying number (TIN) on this form is mandatory. The SSN and/or TIN, and other information maintained by the Office, may be used for identification, to support debt collection efforts carried on by the Federal government, and for other purposes required or authorized by law. (8) Failure to disclose all requested information may delay the processing of the claim or the payment of benefits, or may result in an unfavorable decision or reduced level of benefits.

**Note: This notice applies to all forms requesting information that you might receive from the Office in connection with the processing and adjudication of the claim you filed under the FECA.**

This acknowledges receipt of Notice of Injury sustained by
(Name of injured employee)

*Katherine Williams*

Which occurred on (Mo., Day, Yr.)
*3-18-06*

✳ Claim form for being shot
with rubber bands but
Darcie didn't turn in

At (Location)
*Fairfield Annex*

claiming that it ever
occurred

Signature of Official Superior

*Supervisor*

Date (Mo., Day, Yr.)
*11-10-2006*

Form CA-1
Rev. Jan. 1997

Federal Employee's Notice of
Traumatic Injury and Claim for
Continuation of Pay/Compensation

**U.S. Department of Labor**

Employment Standards Administration
Office of Workers' Compensation Programs



Employee: Please complete all boxes 1 - 15 below. Do not complete shaded areas.
Witness: Complete bottom section 16.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

### Employee Data

1. Name of employee (Last, First, Middle)

Williams, Katherine

2. Social Security Number

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

3. Date of birth  Mo. 5  Day 12  Yr. 59

4. Sex  ☐ Male  ☒ Female

5. Home telephone  (707) 643-2423

6. Grade as of date of injury  Level 5  Step E

7. Employee's home mailing address (include city, state, and ZIP code)

445 Fordham Cir. Vallejo, CA 94589-1867

8. Dependents
☐ Wife, Husband
☐ Children under 18 ye
☐ Other

### Description of Injury

9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine)

Fairfield Annex Post Office 325 Merganser Dr. Suisun, CA 94585

10. Date injury occurred  Mo. 3  Day 28  Yr. 06

Time 11 :00 ☒ a.m. ☐ p.m.

11. Date of this notice  Mo. 11  Day 4  Yr. 06

12. Employee's job title  Rural Route Carrier Associate

13. Cause of injury (Describe what happened and why)

I was casing rt #19 Margie came barrelling into my casing causing me to stumble backwards casing pain to rt. Knee "see sheet

a. Occupation code

14. Nature of injury (identify both the injury and the part of the body, e.g., fracture of left leg)

Pain and discomfort in rt knee when I walked or moved it.

b. Type code

c. Source co

OWCP Use - NOI Code

### Employee Signature

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

☒ a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

☐ b. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

**Signature of employee or person acting on his/her behalf**  Katherine Williams    Date 11/4/06

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

**Have your supervisor complete the receipt attached to this form and return it to you for your records.**

### Witness Statement

16. Statement of witness (Describe what you saw, heard, or know about this injury)

Name of witness                Signature of witness                Date signed

Address                        City                    State    ZIP Code

Form CA-1
Rev. Apr. 19

Federal Employee's Notice of
Traumatic Injury and Claim for
Continuation of Pay/Compensation

**U.S. Department of Labor**

Employment Standards Administration
Office of Workers' Compensation Programs



**Employee:** Please complete all boxes 1 - 15 below.  Do not complete shaded areas.
**Witness:** Complete bottom section 16.
**Employing Agency (Supervisor or Compensation Specialist):** Complete shaded boxes a, b, and c.

### Employee Data

| | |
|---|---|
| 1. Name of employee (Last, First, Middle)  Williams, Katherine | 2. Social Security Number  572-90-150? |

| 3. Date of birth  Mo. 5  Day 12  Yr. 59 | 4. Sex  ☐ Male  ☒ Female | 5. Home telephone  (707) 643-2423 | 6. Grade as of date of injury  Level 5  Step E |

| 7. Employee's home mailing address (include city, state, and ZIP code)  445 Fordham Cir. Vallejo, CA 94589-1867 | 8. Dependents  ☐ Wife, Husband  ☐ Children under 18 years  ☐ Other |

### Description of Injury

9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine)

Fairfield Annex Post Office 325 Merganser Dr. Suisun, CA 94585

| 10. Date injury occurred  Mo. 3  Day 28  Yr. 06 | Time  11:00 ☒ a.m. ☐ p.m. | 11. Date of this notice  Mo. 11  Day 4  Yr. 06 | 12. Employee's job title  Rural Route Carrier Associa |

13. Cause of injury (Describe what happened and why)

I was casing rt.#19 when Darcie came into my casing shoving my hand with an advo in it into the metal case

14. Nature of injury (identify both the injury and the part of the body, e.g., fracture of left leg)

Pain in rt third fingers knuckle when I bend it

| a. Occupation code |
| b. Type code | c. Source co |
| OWCP Use - NOI Code |

### Employee Signature

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

☒ a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

☐ b. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf **Katherine Williams**    Date 11/4/06

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

**Have your supervisor complete the receipt attached to this form and return it to you for your records.**

### Witness Statement

16. Statement of witness (Describe what you saw, heard, or know about this injury)

| Name of witness | Signature of witness | | Date signed |
|---|---|---|---|
| Address | City | State | ZIP Code |

Form CA-1
Rev. Apr. 19

#14/c.

On 6/8/06 I was in my rising H #19 Standing
behind my big orange hamper Larry waited
until I got my hamper and aggressively
bumped into my hamper almost knocking
me down. His behavior and actions had
escalated into almost assult of my person.
I did nothing to Larry, Dance or Marge
to warrent this harassment.
I reported incidents before no one told
me until 1110.2106 that I need to fill
out forms for each injury. This is why
it is just getting done



Injury Compensation Office
Bay-Valley Performance Cluster
**UNITED STATES**
**POSTAL SERVICE**

February 12, 2007

KATHERINE WILLIAMS
445 FORDHAM CIR
VALLEJO CA 94589

This letter is in regard to your job-related injury of **03/18/06.**
We would like to take this opportunity to advise you of some of the benefits and responsibilities that are accorded by the Federal Employees' Compensation Act (FECA). FECA benefits include but are not limited to the following:

- Initial choice of physician (chiropractor care is usually not covered)
- Payment of injury related medical expenses
- Up to 45 calendar days of continuation of pay (COP) on CA-1 traumatic injury
- Compensation for wage loss after the 45 calendar day COP period expires
- Compensation for permanent impairment of specified member of the body
- Vocational rehabilitation services
- Death benefits

### _Penalty For False Statement:_

_**Any employee, supervisor, or representative who knowingly makes a false statement with respect to a claim under FECA may be subject to a fine of not more than $10,000.00 or 5 years in prison, or both (20 CFR 10.23).**_

For wage loss after the 45-calendar day COP period, you will need to file a **CA-7. If you want to buy back personal leave, the CA-7 must be filed within one year of the injury. IF YOU USE YOUR PERSONAL SICK LEAVE OR ANNUAL LEAVE YOU MAY ONLY BUY BACK THAT LEAVE USED DURING THE ADJUDICATION PROCESS OF YOUR CLAIM. Once OWCP has given a decision on your claim, you may not buy back any personal leave from that date forward (ELM 512.923).** If you have not returned to work you may however be entitled to LWOP which is paid directly by OWCP.

While FECA provides for the above benefits, it also places certain responsibilities on the injured employee. Specifically, it is your responsibility to:

- Complete and submit the employee's portion of the CA-1 or CA-2
- Arrange for the submission of prima facie (i.e., true, valid, and sufficient at first impression) medical evidence of an injury to your supervisor, or injury

*1675 7th Street*
*Oakland Ca 94615-9446*
*Ph: (510) 874-8288*
*Fax: (510)874-8281*

Injury Compensation Office
Bay-Valley Performance Cluster

compensation office.    Failure to provide medical evidence may result in termination of all benefits.

- **Limited duty will be offered!    You must notify your physician and request them to specify the limitations and restrictions that apply. Immediately turn in the CA-17 to your supervisor or the Injury Compensation Office.**
- **You are obligated to return the limited duty job offer or risk losing your benefits.**
- **You must immediately report any outside employment if you are unable to return to a limited duty position with the Postal Service**.

In assigning limited duty we will follow the provisions of the Employee and Labor Relations Manual 546.142(a) so as to minimize any adverse disruptive effect on you.

Injury compensation personnel are available to provide guidance or assistance on matters related to your injury.  If you have any questions you may call the following number:  (510) 874-8286.

Sincerely,

Pauline Melchor
IC Specialist

cc:    File

*1675 7th Street*
*Oakland Ca 94615-9446*
*Ph: (510) 874-8288*
*Fax: (510)874-8281*

**Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation**

**U.S. Department ... Labor**

Employment Standards Ad....istration
Office of Workers' Compensation Programs



Employee: Please complete all boxes 1 - 15 below.  Do not complete shaded areas.
Witness: Complete bottom section 16.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

| 1. Name of employee (Last, First, Middle) | 2. Social Security Number |
|---|---|
| Williams, Katherine | 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 |

| 3. Date of birth Mo. Day Yr. | 4. Sex | 5. Home telephone | 6. Grade as of date of injury Level Step |
|---|---|---|---|
| 5  12  59 | ☐ Male  ☑ Female | (707) 643-2423 | Level 5  Step Y |

| 7. Employee's home mailing address (include city, state, and ZIP code) | 8. Dependents |
|---|---|
| 445 Fordham Cir. Vallejo, CA 94589 | ☐ Wife, Husband  ☐ Children under 18 years  ☐ Other |

9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine)

Fairfield Annex Post Office 325 Merganser Dr. Suisun CA 94585

| 10. Date injury occurred Mo. Day Yr. | Time | 11. Date of this notice Mo. Day Yr. | 12. Employee's job title |
|---|---|---|---|
| 3  18  06 | 10 :00 ☑ a.m. ☐ p.m. | 2  2  07 | Rural Route Carrier Assoc. |

13. Cause of injury (Describe what happened and why)

I was casing route #19 Larry was casing route #20 he came around and shot me with 4 rubber bands leaving welps on left leg calf

14. Nature of injury (identify both the injury and the part of the body, e.g., fracture of left leg)

Welps on left leg calf. (4)

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

☑ a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

☐ b. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf  *Katherine Williams*    Date 2/2/07

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

**Have your supervisor complete the receipt attached to this form and return it to you for your records.**

16. Statement of witness (Describe what you saw, heard, or know about this injury)

INJCOMP OFFICE 6PM 12:42

| Name of witness | Signature of witness | Date signed |
|---|---|---|

| Address | City | State | ZIP Code |
|---|---|---|---|

Form CA-1
Rev. Apr. 1999

ficial Supervisor's Report: Please complete information requested below:

**Supervisor's Report**

17. Agency name and address of reporting office (include *Fairfield*

Bay – Valley Performance Cluster
Injury Compensation Office
1675 7th Street, Rm – 416
Oakland, CA 94615-9446

OWCP Agency Code
543200

OSHA Site Code 94533

ZIP Code

18. Employee's duty station (Street address and ZIP Code)

19. Employee's retirement coverage ☑ CSRS ☐ FERS ☐ Other, (identify)
*525 Merganser Dr. Suisan City CA 94585*

20. Regular work hours  From: 8 :00 ☑ a.m. ☐ p.m.  To: : ☐ a.m. ☐ p.m.

21. Regular work schedule ☐ Sun. ☐ Mon. ☐ Tues. ☐ Wed. ☐ Thurs. ☐ Fri. ☐ Sat.

22. Date of injury  Mo. *13* Day *13* Yr. *06*

23. Date notice received  Mo. *2* Day *6* Yr. *07*

24. Date stopped work  Mo. *DID* Day *NOT* Yr. *STOP* Time : ☐ a.m. ☐ p.m.

25. Date pay stopped  Mo. *DID* *NOT* *STOP*

26. Date 45 day period began  Mo. *3* Day *19* Yr. *06*

27. Date returned to work  Mo. Day Yr. Time : ☐ a.m. ☐ p.m.

28. Was employee injured in performance of duty? ☐ Yes ☐ No  (If "No," explain)

29. Was injury caused by employee's willful misconduct, intoxication, or intent to injure self or another? ☐ Yes (If "Yes," explain) ☐ No

30. Was injury caused by third party? ☐ Yes ☐ No (If "No," go to item 32.)

31. Name and address of third party (include city, state, and ZIP code)

32. Name and address of physician first providing medical care (include city, state, ZIP code)

33. First date medical care received  Mo. *3* Day *18* Yr. *06*

34. Do medical reports show employee is disabled for work? ☐ Yes ☐ No

35. Does your knowledge of the facts about this injury agree with statements of the employee and/or witness? ☐ Yes ☐ No (If "No," explain)

36. If the employing agency controverts continuation of pay, state the reason in detail.

37. Pay rate when employee stopped work  $ *17.51* Per *HR*

**Signature of Supervisor and Filing Instructions**

38. A supervisor who knowingly certifies to any false statement, misrepresentation, concealment of fact, etc., in respect of this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception: *Challenged on fact of injury*

Name of Supervisor (Type or print) *Pauline Melcho*

Signature of Supervisor *Injury Compensation Spec*

Date *2/6/07*

Supervisor's Title

Office phone *(510) 874-828*

39. Filing instructions
☐ No lost time and no medical expense: Place this form in employee's medical folder (SF-66-D)
☐ No lost time, medical expense incurred or expected: forward this form to OWCP
☐ Lost time covered by leave, LWOP, or COP: forward this form to OWCP
☐ First Aid Injury

Form CA-1
Rev. Apr. 1999

Injury Compensation Office
Bay-Valley Performance Cluster
**UNITED STATES**
**POSTAL SERVICE**

February 12, 2007

KATHERINE WILLIAMS
445 FORDHAM CIR
VALLEJO CA 94589

This letter is in regard to your job-related injury of **03/28/06.**
We would like to take this opportunity to advise you of some of the benefits and responsibilities that are accorded by the Federal Employees' Compensation Act (FECA). FECA benefits include but are not limited to the following:

- Initial choice of physician (chiropractor care is usually not covered)
- Payment of injury related medical expenses
- Up to 45 calendar days of continuation of pay (COP) on CA-1 traumatic injury
- Compensation for wage loss after the 45 calendar day COP period expires
- Compensation for permanent impairment of specified member of the body
- Vocational rehabilitation services
- Death benefits

### _Penalty For False Statement:_

_**Any employee, supervisor, or representative who knowingly makes a false statement with respect to a claim under FECA may be subject to a fine of not more than $10,000.00 or 5 years in prison, or both (20 CFR 10.23).**_

For wage loss after the 45-calendar day COP period, you will need to file a **CA-7. If you want to buy back personal leave, the CA-7 must be filed within one year of the injury. IF YOU USE YOUR PERSONAL SICK LEAVE OR ANNUAL LEAVE YOU MAY ONLY BUY BACK THAT LEAVE USED DURING THE ADJUDICATION PROCESS OF YOUR CLAIM. Once OWCP has given a decision on your claim, you may not buy back any personal leave from that date forward (ELM 512.923).** If you have not returned to work you may however be entitled to LWOP which is paid directly by OWCP.

While FECA provides for the above benefits, it also places certain responsibilities on the injured employee. Specifically, it is your responsibility to:

- Complete and submit the employee's portion of the CA-1 or CA-2
- Arrange for the submission of prima facie (i.e., true, valid, and sufficient at first impression) medical evidence of an injury to your supervisor, or injury

*1675 7th Street*
*Oakland Ca 94615-9446*
*Ph: (510) 874-8288*
*Fax: (510)874-8281*

Federal Employee's Notice of
Traumatic Injury and Claim for
Continuation of Pay/Compensation

**U.S. Department of Labor**

Employment Standards Administration
Office of Workers' Compensation Programs



**Employee: Please complete all boxes 1 - 15 below. Do not complete shaded areas.**
**Witness: Complete bottom section 16.**
**Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.**

**Employee Data**

1. Name of employee (Last, First, Middle)
   Williams, Katherine

2. Social Security Number
   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

3. Date of birth   Mo. 5   Day 12   Yr. 59

4. Sex   ☐ Male   ☒ Female

5. Home telephone   (707) 643-2423

6. Grade as of date of injury   Level 5   Step 5

7. Employee's home mailing address (include city, state, and ZIP code)
   445 Fordham Cir. Vallejo, CA 94589-1867

8. Dependents
   ☐ Wife, Husband
   ☐ Children under 18 ye
   ☐ Other

**Description of Injury**

9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine)
   Fairfield Annex Post Office 325 Merganser Dr. Suisun, CA 94585

10. Date injury occurred   Mo. 3   Day 28   Yr. 06   Time :00 ☒ a.m. ☐ p.m. 11

11. Date of this notice   Mo. 2   Day 2   Yr. 07

12. Employee's job title   Rural Route Carrier Assoc.

13. Cause of injury (Describe what happened and why)
    Margie bumped into me causing me to stumble backwards pain rt. Kn
    Darcie shoved my hand into metal casing injured rt. 3rd finger

a. Occupation code
   232507XX

14. Nature of injury (identify both the injury and the part of the body, e.g., fracture of left leg)
    Pain in rt. knee when I walked or moved it.
    Pain in 3rd rt. finger Knuckle when I bend it.

b. Type code   c. Source co
   9 9 9   99 99

OWCP Use - NOI Code
   5 11

**Employee Signature**

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

☒ a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

☐ b. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf   Katherine Williams   Date 2/2/07

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both

**Have your supervisor complete the receipt attached to this form and return it to you for your records.**

**Witness Statement**

16. Statement of witness (Describe what you saw, heard, or know about this injury)

INJCOMP*87FEB 6PM12:42

Name of witness

Signature of witness

Date signed

Address

City

State   ZIP Code

Form CA-1
Rev. Dec. 15

**Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation**

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs



**Employee: Please complete all boxes 1 - 15 below. Do not complete shaded areas.**
**Witness: Complete bottom section 16.**
**Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.**

1. Name of employee (Last, First, Middle)
   Williams, Katherine

2. Social Security Number
   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

3. Date of birth    Mo. 5  Day 12  Yr. 59

4. Sex   ☐ Male  ☒ Female

5. Home telephone  (707) 643-2423

6. Grade as of date of injury   Level 5   Step 5

7. Employee's home mailing address (include city, state, and ZIP code)
   445 Fordham Cir. Vallejo, CA 94589-1867

8. Dependents
   ☐ Wife, Husband
   ☐ Children under 18 ye
   ☐ Other

9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine)
   Fairfield Annex Post Office 325 Merganser Dr. Suisun, CA 94585

10. Date injury occurred   Mo. 3  Day 28  Yr. 06    Time 11 : 00  ☒ a.m. ☐ p.m.

11. Date of this notice   Mo. 2  Day 2  Yr. 07

12. Employee's job title   Rural Route Carrier Assoc.

13. Cause of injury (Describe what happened and why)
    Margie bumped into me causing me to stumble backwards. Pain rt. kn
    Darcie shoved my hand into metal casing injured rt. 3rd finger

a. Occupation code   2332507xx

14. Nature of injury (identify both the injury and the part of the body, e.g., fracture of left leg)
    Pain in rt. knee when I walked or moved it.
    Pain in 3rd rt. finger knuckle when I bend it.

b. Type code   999   c. Source co   9999

DWCP Use   NOI Code

**Employee Signature**

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

☒ a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

☐ b. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf   Katherine Williams   Date 2/2/07

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both

**Have your supervisor complete the receipt attached to this form and return it to you for your records.**

**Witness Statement**

16. Statement of witness (Describe what you saw, heard, or know about this injury)

INJCOMP'07FEB-6PM12:42

Name of witness                Signature of witness                Date signed

Address                        City                        State   ZIP Code

Form CA-1
Rev. Apr. 15

**Federal Employee's Notice of
Traumatic Injury and Claim for
Continuation of Pay/Compensation**

**U.S. Department    Labor**

Employment Standards Administration
Office of Workers' Compensation Programs



Employee: Please complete all boxes 1 - 15 below.  Do not complete shaded areas.
Witness: Complete bottom section 16.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

**Employee Data**

| | |
|---|---|
| 1. Name of employee (Last, First, Middle) Williams, Katherine | 2. Social Security Number 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 |

| | | | | |
|---|---|---|---|---|
| 3. Date of birth Mo. 5 Day 12 Yr. 59 | 4. Sex ☐ Male ☒ Female | 5. Home telephone (707) 643-2423 | 6. Grade as of date of injury Level 5 Step 8 | |

| | |
|---|---|
| 7. Employee's home mailing address (include city, state, and ZIP code) 445 Fordham Cir. Vallejo, CA 94589 | 8. Dependents ☐ Wife, Husband ☐ Children under 18 yea ☐ Other |

**Description of Injury**

9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine)

Fairfield Annex Post Office 325 Merganser Dr. Suisun, CA 94585

| | | | |
|---|---|---|---|
| 10. Date injury occurred Mo. 6 Day 8 Yr. 06 | Time 11:30 ☒ a.m. ☐ p.m. | 11. Date of this notice Mo. 2 Day 2 Yr. 07 | 12. Employee's job title Rural Route Carrier Assoc. |

13. Cause of injury (Describe what happened and why)

I was standing behind my orange hamper Larry passed my wor ___ mines ___
area aggressively bumping his orang hamper into

a. Occupation code

14. Nature of injury (identify both the injury and the part of the body, e.g., fracture of left leg)
Knee hurt

b. Type code    c. Source code

OWCP Use    NOI Code

**Employee Signature**

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the
United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by
my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

☒ a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues
beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick
or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

☐ b. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any
desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative).
This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf _Katherine Williams_    Date 2/2/07

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation
as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative
remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both

**Have your supervisor complete the receipt attached to this form and return it to you for your records.**

**Witness Statement**

16. Statement of witness (Describe what you saw, heard, or know about this injury)

INJCOMP 07 FEB 6PM 12:43

| | | |
|---|---|---|
| Name of witness | Signature of witness | Date signed |

| | | | |
|---|---|---|---|
| Address | City | State | ZIP Code |

Form CA-1
Rev. Apr. 1

Official Supervisor's Report: Please complete information requested below:

**Supervisor's Report**

**17. Agency name and address of reporting office (include c**
Fairfield
600 Kentucky St.

Bay – Valley Performance Cluster
Injury Compensation Office
1675 7th Street, Rm – 416
Oakland, CA 94615-9446

OWCP Agency Code 94130 CC

OSHA Site Code 94733

**18. Employee's duty station (Street address and ZIP code)**
Fairfield CA

ZIP Code 94533

**19. Employee's retirement coverage**  ☐ CSRS  ☐ FERS  ☐ Other, (identify)
325 Merganser Drive    Suisan City, CA  94585

| 20. Regular work hours | From: | : | ☐ a.m. ☐ p.m. | To: | : | ☐ a.m. ☐ p.m. | 21. Regular work schedule | ☐ Sun. | ☐ Mon. | ☐ Tues. | ☐ Wed. | ☐ Thurs. | ☐ Fri. | ☐ Sa |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 22. Date of injury | Mo. 10 | Day 8 | Yr. 06 | 23. Date notice received | Mo. 12 | Day 6 | Yr. 07 | 24. Date stopped work | Mo. | Day | Yr. DID NOT STOP | ☐ a.m. ☐ p.m. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 25. Date pay stopped | Mo. | Day | Yr. DID NOT | 26. Date pay period began | Mo. 6 | Day 9 | Yr. 06 | 27. Date returned to work | Mo. | Day | Yr. | Time : | ☐ a.m. ☐ p.m. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**28. Was employee injured in performance of duty?**  ☐ Yes  ☐ No  (If "No," explain)

**29. Was injury caused by employee's willful misconduct, intoxication, or intent to injure self or another?**  ☐ Yes (If "Yes," explain)  ☐ No

| 30. Was injury caused by third party?  ☑ Yes  ☐ No (If "No," go to item 32.) | 31. Name and address of third party (include city, state, and ZIP code) |
|---|---|

| 32. Name and address of physician first providing medical care (include city, state, ZIP code) | 33. First date medical care received | Mo. 7 | Day 31 | Yr. 06 |
|---|---|---|---|---|
| | 34. Do medical reports show employee is disabled for work?  ☐ Yes  ☐ N | | | |

**35. Does your knowledge of the facts about this injury agree with statements of the employee and/or witness?**  ☐ Yes  ☐ No (If "No," explain)

| 36. If the employing agency controverts continuation of pay, state the reason in detail. | 37. Pay rate when employee stopped work  $ 17.51  Per HK |
|---|---|

**38.** A supervisor who knowingly certifies to any false statement, misrepresentation, concealment of fact, etc., in respect of this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception: Challenged based on fact of injury

Pauline Meloto
**Name of Supervisor (Type or print)**

Injury Compensation Spec.
**Signature of Supervisor**

**Supervisor's Title**

Date 2-6-07

Office phone (510) 874-8288

**39. Filing instructions**
☐ No lost time and no medical expense: Place this form in employee's medical folder (SF-66-D)
☐ No lost time, medical expense incurred or expected: forward this form to OWCP
☑ Lost time covered by leave, LWOP, or COP: forward this form to OWCP
☐ First Aid Injury

Catherine Williams
145 Fordham Cir.
Vallejo, CA 94589-1867
08-00026WHA

RECEIVED

MAR 28 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
450 Golden Gate Ave. Courtroom #9
San Francisco, CA 94102-3495

FIRST CLASS





U.S. POSTAGE
VALLEJO CA
94590
MAR 27 08
AMOUNT
$3.00
00086553-16