Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867

**FILED**

MAR 3 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District Of California

**KATHERINE WILLIAMS**                                 C 08-00026WHA
   Plaintiff

   v.

**JOHN E. POTTER, POSTMASTER GENERAL**
   Defendant

### RESPONSE TO JUDGES DECISION NOT TO APPOINT ATTORNEY

Dear Honorable Judge William H. Alsup:

I have attempted to find an Attorney to represent me in this matter since July 06 to present. I even called EEOC in the San Francisco area, sent me a compiled list of all the employment attorney I couldn't afford to pay because I not working at this time I was severally injured physically and emotionally on the job so I don't and haven't had an income since 2006. I contacted private attorney I only received no you have a lot going on. I don't know if they are afraid because it's the Federal Government and will receive a backlash. When I tell the attorney that I hadn't passed probation, even stating that I was fired fraudulently I could get an attorney to take my case. I even contacted www.legalmatch.com no success in obtaining an attorney for this case. My civil rights have been violated after I complained I was terminated from my job with the Post Office fraudulently. I can easily prove this with the supporting evidence. I just don't want to loose my case because I'm not represented. I beg you and plead with the court to appoint me an attorney. Enclosed is response from Price and Associates who denied me representation. The other attorneys denied me over the phone. I when up and down the list that EEOC sent me.

Sincerely,

*Katherine Williams*
Katherine Williams
Plaintiff

# PRICE AND ASSOCIATES

### A PROFESSIONAL LAW CORPORATION
### RESPONSIBLE, RELIABLE & EXPERIENCED LEGAL SERVICES

LATHAM SQUARE BUILDING
1611 TELEGRAPH AVE, SUITE 1450
OFFICE: 510. 452-0292

OAKLAND, CALIFORNIA 94612-1426
FAX: (510) 452-5625

July 6, 2006

Katherine Williams
445 Ford Ham Circle
Vallejo, CA 94589

Dear Ms. Williams:

    Thank you for contacting Price And Associates regarding legal representation. Enclosed is some information about our Firm and a Potential Client Questionnaire. This letter will also provide you with some information about our client intake process.

    Our intake process has three steps. The first step is to complete the enclosed Potential Client Questionnaire and return it to us in the enclosed self-addressed envelope. Try to be as complete as possible. If you don't understand a question, however, simply skip that question and give us the rest of the information. Once we receive and review your information, if it looks like we can help you, one of my staff will call or e-mail you, either to request more information or to schedule an appointment. If we are not able to assist you, we will send you a letter declining to represent you and possibly referring you to someone else. If we don't receive your questionnaire within two weeks, we will remove your name from our list of potential clients.

    Our intake process usually takes about three weeks, except in case of an emergency. If you believe you have an emergency or urgent deadline, please call the office and let us know. My decision whether to represent you will be based upon our caseload at the time, what type of case you have, what court your case can be filed in, and any time constraints associated with your case.

    We need to know who is responsible for your problem, when it happened, are there any time constraints with your case, who are your witnesses, and are there any significant documents that we should review to understand what happened. When you receive a call from our intake person, it is very important that you call him back as soon as possible, and if possible, leave a daytime telephone number where he can reach you.

    Thank you so much for calling us. One of our primary goals is to provide access to justice. We appreciate your call and the opportunity to serve you.

    Very truly yours,

    PRICE AND ASSOCIATES

    *Pamela Y. Price*
    PAMELA Y. PRICE

PYP:ap\IntakeL2
Enclosure

# PRICE AND ASSOCIATES
### A PROFESSIONAL LAW CORPORATION
### RESPONSIBLE, RELIABLE & EXPERIENCED LEGAL SERVICES

LATHAM SQUARE BUILDING
1611 TELEGRAPH AVE. SUITE 1450
OAKLAND, CALIFORNIA 94612-1426

VOICE: (510) 452-0292
FAX: (510) 452-5625
WEB ADDRESS: www.pypesq.com

September 13, 2006

Katherine Williams
445 Fordham Circle
Vallejo, CA 94589

Re: Wrongful Termination, Sexual Harassment, and Race Discrimination Claims

Dear Ms. Williams:

After careful review and consideration, I have concluded that it is not feasible for my Firm to represent you in connection with your wrongful termination, sex harassment, and race discrimination claims against the United States Postal Service Bay Valley District.

This letter is not intended to be an opinion concerning the merits of your case. I am not expressing an opinion as to whether you should take further action in this matter. I am merely indicating that we will be unable to represent you.

You should IMMEDIATELY contact another attorney to obtain legal representation. You should be aware that there are strict time limits within which you must act in order to protect your rights in this matter. These time limits are complex and vary for different types of legal actions. YOU SHOULD ACT IMMEDIATELY IF YOU WISH TO PURSUE THIS MATTER.

Thank you for considering my Firm. I regret that we could not take your case, and hope that you will be able to find and retain another attorney to represent you in this matter.

Very truly yours,

PRICE AND ASSOCIATES

*Pamela Y. Price*

PAMELA Y. PRICE

PYP:lla REJECT.6744

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

  v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on March 28, 2008 the foregoing was mailed to the following:
First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant
Letter requesting reconsideration of Judge not to appoint an attorney
Letter from Price and Associates in take
Letter from Price and Associates not to take the case

Honorable Judge William H. Alsup
450 Golden Gate Ave.
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams* Pro Se
    Plaintiff

Katharine Williams
445 Fordham Cir.
Vallejo, CA 94589-1667
#C08-00026 WHA

RECEIVED
MAR 31 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

United States District Court
450 Golden Gate Ave. Courtroom #9 19 Fl
San Francisco, CA 94102-3495

OAKLAND CA
MAR 28 2008 PM
94615