**FILED**

MAR 3 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867
(707) 643-2423

Katherine Williams, USPS Carrier                     C 08-00026 WHA

    **Plaintiff**
v.
John Potter, Postmaster General

    **Defendant**

United States District Court
Northern District Of California
Hearing Date April 10, 2008  11:00a
Initial Disclosure

**Page 1 Brief**

**Page 2 Evidence**

**Page 3 Evidence**

**Page 4 Terminated Carriers**

**Page 5 Resolution/Compensation**

**Page 6 Witnesses/Hostile Witnesses**

Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867
(707) 643- 2423
Katherine Williams, USPS Carrier                    C 08-00026WHA
      Plaintiff
   v.
John Potter, Postmaster General
      Defendant

## BRIEF

I'm a U.S. Postal Carrier who have encountered (discrimination- race and religion), (assaulted and harassed) by 2 supervisors and co-workers fired fraudulently (retaliated) after I complained of (hostile working conditions/environment). I feel that the only way to resolve all the wrongs that has occurred to me in the gross manner in which my civil rights were violated and the blatant disregard for my person in causing injury not only mentally and emotionally in which I will never recover, how they disregarded the rules to tell the truth throughout this investigation and have lied to the officers conducting this investigation and participated in producing and planting fraudulent, distorted document trying to cover up their wrong doings. I missed a paid trip to L.A. Darcie Kibodeaux took my right arm and shoved my hand into the metal casing injury to my finger and chipping my mother's ring stone, she often give me more mail to case and deliver in addition to the daily mail that I had to deliver, she followed me 2x's on Driving Observation (singled out) but never followed anyone else who started employment the same time that I did, alter/tamper with time cards, submitted/planted fraudulent mail on me as misdelivered, often spoke down to me in a belittling manner. Margie DuSell came into my casing unannounced that same day and bumped into my right hip causing me to stumble backwards I almost hit the ground, abusing their position of authority. Larry Headington shot me with rubber bands leaving 4 welps on my left leg after I declined his offer to a Karaoke Bar I told him, "I don't drink I'm a Christian" he also tried to tell me dirty jokes, he almost knocked me down with his big orange hamper. He and Mike Catabay repeatedly told me wrong information. Yolanda Mamssang hid her trays for route #19 not allowing me to use them, but the Asian carriers were allowed to use the trays for that route, I made my own trays for route #19 every time I worked, they submitted/planted fraudulent mail on me as misdelivered, tampered/altered my time cards. All this happened while I tried to perform at my job their behavior/actions interfered and affected my performance ability that had me on guard all the time I worked not knowing what these individuals would do to me. It scares me to think they almost got away with it, if my complaint hadn't gotten picked up by EEO and I wasn't keeping notes daily. I finally complained to Postmaster Sam Jones who worked at that building because the Postmaster Johnny Aguilera or the Manager Rebecca Nehring never came to the location where the carriers worked so I was subjected to months of hostile environment and harassment with no one to seek help from, everyday I went home with a headache. I lost most/all of my hair because of the months of stress, unfair treatment. I borrowed money to live, applied for Federal assistance programs because of the injuries sustained I have been in months of intensive group therapy to help me cope with my mental conditions receiving emotional support by attending several times a week.

P4.
Katherine Williams, USPS Carrier                               C 08-00026 WHA
       Plaintiff
    v.
John Potter, Postmaster General
       Defendant

  *TERMINATED U. S. POSTAL CARRIERS AND DATE OF SEPERATION*
If Darcie Kibodeaux and/or Rebecca Nehring had anything to do with the dismissal of any carries at the Fairfield Rural Route location, I want investigated, overturned and re-hired if the carrier complained and the evidence shows that they have been wronged because management have proven they are liars, abused their authority, couldn't handle the responsibility of supervising individuals, having no integrity, conscience in committing fraud or concerns for a persons livelihood; breaking Federal and State labor laws against workers.

*Carlos Padilla                       Jan. 5, 2006 (how could he be hired in error if he took the postal exam and passed the test?)
*Mido Jamai                         July 18, 2005 (unavailability)
*Kathy Choisy                      May 6, 2005 (attendance)
*Deandra Bluitt                   May 11, 2005 (letter of termination no other information turned in on her for separation from job)
*Katherine Williams            June 15, 2006 (on the first letter that was sent to me they said that I don't work well with co-worker, misdelivered/mishandled mail and can't follow oral directions in spite of evidence that I was assaulted and harassed by the rouge employee's the matter was turned around to being my fault)
*Germil Libatique              July 5, 2006 (in orientation the instructor told us that if we are called 3 times and are not available we won't be called again, he didn't care about your other job only the post office job, Germil told me that they called him and he couldn't make it 1 time, he was fired but on the form 50 it states no reason, this action was a cover up to try to conceal my termination
*Kathy Winger                   ?(in the investigation record they produced shows that they changed her name to Kay Winger to conceal that another Kathy, Katherine similar name was fired at this location)
*"On the Worker's Comp form there is a statement that says
Penalty for False Statement:"*
*(Any employee, supervisor, or representative who knowingly makes a false statement with respect to a claim under FECA may be subject to a fine or not more that $10,000.00 or 5 years in prison, or both (20 CFR 10.23*
*"I fall under this protection as well as federal and state labor laws prohibiting discrimination"*
*(It is a federal offence to kill, kidnap, assault intimidate or interfere with federal employees while they are engaged in or on account of the performance of their official duties violators are subjected to criminal prosecutions 28 CFR part 64 No. 1326-89)*
*(I'm expecting sever punishment for all the guilty)*

P5.
Katherine Williams, USPS Carrier                                                C 08-00026 WHA
    Plaintiff
  v.
John Potter, Postmaster General
    Defendant

## RESOLUTION/COMPENSATION

1. I would like the Postmaster Johnny Aguilera demoted with salary reduction for (participation in the cover up) he didn't care about what happened to me.
2. I would like Manager Rebecca Nehring demoted for (participation in the cover up) lying to investigators, conducted a shabby investigation, providing protection for the rouge postal employee, she didn't care about what happened to me.
3. I would like Darcie Kibodeaux fired from her postal position for (violation of my civil rights), assault to my person, harassment, fraud, lying to the investigators.
4. I would like Larry Headington fired from his postal position for (violation of my civil rights), assaults to my person, harassment, lying to investigators.
5. I would like Yolanda Mamssang fired from her postal position for (violation of my civil rights), harassment, fraud, lying to the investigators.
6. I would like Rhonda Esgana fired for harassment, Larry Headington often went through her to harass me before his action got more aggressive towards my person.
7. I would like Mike Catabay fired for harassment, he drove fast leaving me on that back road to find my way back to the post office, mixed up mail not putting it in delivery order after he pulled it down making it harder to deliver, used the "F" word, played with Larry Headington, unprofessional.
8. I would like acknowledgement for every violation and all injuries sustained seeking relief asking for general and punitive damages, re-instatement to job with back pay of lost wages, mileage to/from appt., pain and suffering, emotional distress.
9. I would like all medical bills paid with future medical coverage for all injuries sustained while working at post office especially physiological. I still suffer from anger, depressions and anxiety, on guard, uncomfortable around white people.
10. I would like other carriers who were terminated or complained of wrong doing by Darcie Kibodeaux and/or Rebecca Nehring at that location a chance to get their jobs back if it is proven they've had similar experiences of harassments by these two they have shown that they have no problem breaking the law and lying.
11. I would like the supervisor/co-workers to treat people with dignity and respect no physical contact on another person in any form and everyone treated equal.
12. I would like the postmaster/manager to come to the location where the carriers work on a regular basis to check on workers to make sure they are being treated fair and are safe, supervisor are not violating employee's rights.
13. Before the Postmaster signs the termination of an employee he meet and talk with employee being removed to make sure the supervisor isn't covering up the truth or if there is another story like employment violation.
14. No form of labor violation permitted in the work place Federal Laws upheld, criminal investigation and prosecution, protection for victim who complain.
15. Don't promote into supervisor's position a person who is known to discriminate against anyone in the protected class; Blacks. Remove immediately when suspected.

Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867
(707) 643-2423

Katherine Williams USPS Carrier                              C 08-00026WHA

      Plaintiff
  v.
John Potter, Postmaster General

      Defendant

United States District Court
Northern District Of California

## POTENTIAL WITNESSES

Mr. Ed Kimble, Acting Postmaster 1675 7th St. Oakland, CA 94615-9422
Mr. Johnny Aguilera, Postmaster 600 Kentucky St. Fairfield, CA 94533-9998
Mr. Sam Jones, Postmaster 325 Merganser Dr. Suisun, CA 94585
V.R., Supervisor 325 Merganser Dr. Suisun, CA 94585
Tina Bixby, Prop. Mgr. Bridgeport Ranch Apt. 450 Pittman Rd. Fairfield, CA 94537 requesting status on when tenant Georgette F. AbouNader moved from #423
Kathy Choisy phone # (707) 384-4237
Isabel Garcia phone # (707) 643-6918
Ruth Duhon, Rural Carrier 325 Merganser Dr. Suisun, CA 94585
Steve Tran Rural Carrier 325 Merganser Dr. Suisun, CA 94585

## HOSTILE WITNESSES

Rebecca Nehring, Manager 600 Kentucky St. Fairfield, CA 94533-9998
Darcella Kibodeaux, Supervisor Springstowne Station Vallejo, CA 94514
Betty McIntosh, Rural Carrier 325 Merganser Dr. Suisun, CA 94585
Larry Headington, Rural Carrier 325 Merganser Dr. Suisun, CA 94585
Margie Dusell, Fairfield, CA area
Yolanda Mamsaang. Rural Carrier 325 Merganser Dr. Suisun, CA 94585
Mike Catabay, Rural Carrier 325 Merganser Dr. Suisun, CA 94585

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

  v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on March 28, 2008 the foregoing was mailed to the following:
Plaintiff's Conference Statement

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave.
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams*
Katherine Williams Pro Se
    Plaintiff