**FILED**

APR - 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLILAS                              C 08-00026 WHA
      Plaintiff,                         STIPULATION AND (PROPOSED)
                                          ORDER SELECTING ADR
                                             PROCESS

v.

JOHN E. POTTER, POSTMASTER
   GENERAL OF THE USA
      Defendant,

Dear Honorable Judge William H. Alsup:

I would like to participate in the Early Neutral Evaluation ADR process. As I stated before I'm out of my league and I really can't depend on Atty. Abraham A. Simmons to put my best interest up front because he's representing the defendant and I have no one to look out for me so I would like to try the ENE at least I will have someone to listen to me and see all of my evidence in a neutral manner. Please disregard my previous request opposing Atty. request.

Thank you,

*Katherine Williams*
Katherine Williams
    Plaintiff Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Katherine Williams
Plaintiff(s),

CASE NO. C 08-00026 WHA

v.

John Potter, Postmaster General
Defendant(s).

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☒ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☐ other requested deadline _____

Dated: 4/1/08

Katherine Williams Pro Se
Attorney for Plaintiff

Dated: _____

_____
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated:_____          _____

                                 UNITED STATES DISTRICT JUDGE

Rev. 12/05

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

  v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on April 1, 2008 the foregoing was mailed to the following:
Letter requesting Early Neutral Evaluation

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave.
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams*
Katherine Williams Pro Se
    Plaintiff

Katherine Williams
445 Fordham Ci.
Vallejo, CA 94589-1807
#C-08-00026 WHA

9410213861

US District Court
450 Golden Gate Ave.
San Francisco, CA 94102
Attn: ADR Unit

OAKLAND CA 046
02 APR 2008 PM 8 L

USA FIRST-CLASS FOREVER