IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

    Plaintiff,

  v.

JOHN E. POTTER,

    Defendant.

                                      /

No. C 08-00026 WHA

**ORDER DENYING ADMINISTRATIVE REQUEST TO BE EXCUSED FROM THE ADR PROGRAM**

      The request is **DENIED**. The parties should meet with the ADR coordinator in the usual manner, select a form of ADR and proceed accordingly. This is without prejudice to litigating the case on the merits, specifically with respect to any motion to terminate the case under Rule 12 or 56 of the Federal Rules of Civil Procedure.

      **IT IS SO ORDERED.**

Dated: April 4, 2008.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE