KATHERINE WILLIAMS
445 FORDHAM CIR
VALLEJO, CA 94589
(707) 643-2423
Email: katzls@peoplepc.com

**FILED**

APR - 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS
        Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL
        Defendant,

UNITED STATES DISTIRCT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

C 08-00026 WHA

ADMENDMENT TO DRAFT
OF JOINT CASE MANAGEMENT
STATEMENT AND PROPOSED
CASE MANAGEMENT ORDER

Date April 10, 2008
11:00 a.m.
Courtroom 9, 19th Floor

**Statements in Draft of Joint Case Management Statement and Proposed Case Management Order that needs to be corrected:**

Page 2 line 1 and 2 back and caused another coworker to laugh. On the same day, Mr. Headington asked plaintiff whether she wanted to join him and coworkers for a drink at a karaoke bar.

Statement s/b On the same day, Mr. Headington asked plaintiff whether she wanted to join him and coworkers for a drink at a karaoke bar on St. Patrick's Day that Monday March 20, 2006

Page 2 line 17 b. and 18 On March 28, 2006 another coworker, Margie bumped plaintiff on her right side causing plaintiff to stumble backwards. Also Darcie shoved plaintiff's hand into the cases.

Statement s/b On March 28, 2006 Margie a supervisor came into plaintiff's casing hurriedly and unannounced bumped into plaintiff's right side causing plaintiff to stumble backwards. Also Darcie a supervisor took plaintiff's arm and shoved plaintiff's hand into the metal casing.

Page 3 line 10 d. When plaintiff called Darcie to complain about treatment, Darcie told plaintiff to stop calling on days that plaintiff was not working.

Statement s/b This isn't the same complaint call that I made to Darcie when I reported harassment that she made that statement. I phoned Darcie on May 5, 2006 to explain to her about mainly that trumped up Driving Observation she told me to stop calling her on my off day trying to defend myself.
When I called Darcie to make complaint about harassment and hostile working environment that was on June 9, 2006. She said she wanted a letter which I brought to her that day June 9, 2006.

Page 3 line 19 f. Plaintiff's coworker tampered with her time card. Specifically, they "whited out" thirty minutes of time that should have appeared on her time card.

Statement s/b Larry Headington told plaintiff when she first started that whether she took a lunch or not to show 30 minutes lunch out on time card which I did until I asked Margie who told me you don't dock yourself 30 minutes unless you take a lunch. I had put a 30 minute out for lunch everyday for a week or 2 week period. Darcie and Yolanda "whited out" every thirty minutes that plaintiff had put on time card and submitted it to EEO investigators.

Page 4 line 1 When plaintiff did get forms

Statement s/b When plaintiff did submit forms

Page 5 line 6 If I can prove discrimination by race I can by religion

Statement s/b If I can't prove discrimination by race or religion.

Please make that correction to my statement because I want only true and correct accounts of incidents.

Thank you,

*Katherine Williams*
Katherine Williams
Plaintiff