CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL

Defendant

**FILED**
APR - 7 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on April 4, 2008 the foregoing was mailed to the following:
Letter correcting statements of Joint Case Management Draft

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams*
Katherine Williams  Pro Se
Plaintiff

Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867
#C08 00026 WHA

OAKLAND CA 946
04 APR 2008 PM 8 T

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom 9, 19 Fl
San Francisco, CA 94102