**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>April 10, 2008</u>

Case No.  <u>C 08-00026 WHA</u>

Title: <u>KATHERINE WILLIAMS</u>  v. <u>JOHN E. POTTER</u>

Plaintiff's Attorney: Pro Per

Defense Attorney: Abraham Simmons

Deputy Clerk:  <u>Dawn Toland</u>          Court Reporter: <u>Joan Columbini</u>

**PROCEEDINGS**

1)   <u>CMC- Held</u>

2)   <u>                                                   </u>

Disclosures Completed by: 4/30/08

Leave to Add or Amend by: 4/30/08

Discovery Cutoff: 1/9/09

Summary Judgment Filed by: 2/26/09

Case continued to <u>**5/4/09 at 2:00 pm**</u>   for Pretrial Conference

Case continued to <u>**5/18/09 at 7:30 am**</u>   for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.

Plaintiff served defendant with a document request in court.