ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

April 11, 2008

Katherine Williams
445 Fordham Circle
Vallejo, CA 94589
707-643-2423

Abraham A. Simmons
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
(415) 436-7264

      Re:    Williams v. Potter
              Case No. C 08-00026 WHA MED

Dear Ms. Williams and Mr. Simmons:

    We have received notification from William H. Alsup that the referenced case was referred to Mediation on April 10, 2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We have scheduled this for **Tuesday, April 22, 2008 at 10:30 a.m.** This office will initiate the call. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

    Thank you for your attention to this matter.

                                    Sincerely,

                                    Alice M. Fiel
                                    ADR Case Administrator