**FILED**

APR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867
(707) 643-2423

Katherine Williams, USPS Carrier     C 08-00026 WHA

    **Plaintiff**
  v.
John Potter, Postmaster General

    **Defendant**

United States District Court
Northern District Of California
Hearing Date April 10, 2008 11:00am
Amended Initial Discovery

Page 1 Brief

Page 2 Evidence

Page 3 Evidence

Page 4 Terminated Carriers

Page 5 Resolution/Compensation

Page 6 Witnesses/Hostile Witnesses

Page 7 Evidence

P2.
**Katherine Williams, USPS Carrier**          C 08-00026WHA
  **Plaintiff**
v.
**John Potter, Postmaster General**
  **Defendant**

## EVIDENCE

- They said I misdelivered/mishandled mail the only mail that was misdelivered/mishandled was the mail they committed fraud with by planting on me saying I did it; contact Tina Bixby Property Manager of Bridgeport Ranch Apt. asking her when tenant Georgette F. AbouNader moved from 450 Pittman Rd. #423 Fairfield, CA 94534-6729 (707) 863-9952 (fraud)
- Darcie Kibodeaux and Yolanda Mamssang altered/tampered with my time cards to submit as evidence to the investigators to conceal the truth (fraud)
- Darcie Kibodeaux and Yolanda Mamssang produced and submitted as evidence 3849 as misdelivered by me but the 3849 that states 4444 Mountain Meadow Dr. there is no such address (fraud)
- The other 3849 was not my handwriting (fraud)
- Darcie Kibodeaux and Yolanda Mamssang took a yellow sticky in which I wrote 10 day hold and put it on a telephone book for a resident that was to move into Bridgeport Ranch Apt. remove it and put it on a telephone book for a business and said I put it on hold (fraud)
- Darcie Kibodeaux followed me 2x's in Driving Observation but only gave me one sheet dated May 4, 2006 but prepared and submitted another one for date May 11, 2006 (fraud) she never observed anyone else who started working at the post office the same time I did (singling me out, harassment, discrimination)I was casing and delivering route by myself even getting more mail on a regular bases and getting back to the post office before truck was to pick up out going mail the other carriers wasn't doing that at the time of my termination June 15, 2006 an they didn't loose their job (cover up, retaliation for making harassment complaint)
- I was chased by a dog on March 18, 2006, Darcie Kibodeaux never made complaint to Animal Control I told her this when I came in from delivering mail for the day she is usually gone but was there this day, she told the investigator that she never received a call about a dog chasing me in fact I called her on **May 18, 2006 at 1:10 pm** and told her that I couldn't put a package on a porch because a dog was in the yard she said I could leave it in the yard behind the fence, which I did, she took the two incidents an changed the story around (fraud, misrepresenting the truth)
- Darcie Kibodeaux selected certain individuals to harass and get fired I believe this was a regular practice (harassment, termination, discrimination)Darcie Kibodeaux and Rebecca Nehring showed on paper that Germil Libatique was terminated but stated no reason on form 50 for termination (cover up for my termination)
- Darcie turned in Driving Observations for carriers who was already there not any who started when I did (deception, singling me out, fraud, cover up)

P3.
**Katherine Williams, USPS Carrier**  C 08-00026 WHA
    **Plaintiff**
         v.
**John Potter, Postmaster General**
    **Defendant**

- When Darcie Kibodeaux shoved my hand into the metal casing she chipped my mother's ring stone (abuse of authority, harassment)
- Darcie Kibodeaux repeatedly lied to the investigators and changed her story throughout this investigation saying she didn't know my race or that I was a Christian (she worked with me everyday I mentioned to her over the phone that I was a Christian when I complained to her that I thought Larry Headington was hitting on me and he was going through Rhonda Esgana (misrepresenting the truth) The postmaster and manager made these statement which proves they never came to the location where we worked to check on employee's leaving us to be harassed and abused by rouge supervisor who were over us and we had no one to complain to Darcie Kibodeaux also made this statement to the investigators
- Darcie Kibodeaux turned into investigators only Presorted Standard Mail which isn't forwarded when a tenant moves only First Class Mail is forwarded saying I threw away good mail that was deliverable the tenant moved out of unit (fraud)
- The Dr. took me off work because he was afraid for my person, I told both Darcie Kibodeaux and Rebecca Nehring that I was injured over the phone they never told me about the necessary forms that needed to be completed my daughter took Darcie Kibodeaux the medical slip that took me off of work when I finally got the forms from the postmaster I certified completed forms to Darcie Kibodeaux, she never turned them in I had to resubmit new forms directly to worker's comp. department (you only hide thing when your guilty)
- Instead of management (postmaster, manager and supervisor) acknowledging my injuries Darcie Kibodeaux told Rebecca Nehring that I'm wasn't getting the job who went to Johnny Aguilera and recommended that I be fired after he signed my termination he went on vacation for 2 weeks I could not begin to fight this wrongful termination and reporting my injuries until he came back
- Rebecca Nehring turned this whole matter into it being my fault saying I don't get along with co-workers, not being concerning with what had happen to me
- Even after a co-worker made a written statement that I was shot by Larry Headington they denied that nothing ever happened to me (cover up)
- If I was performing so badly at my job why did they use fraud, distorted lies and cover up in order to get me fired after I complained of being harassed
- Medical Report from Dr. Schroder PhD. who took me off work because I was being discriminated and harassed while off I was fired in retaliation to my complaint fraudulently and other physicians reports from Kaiser
- Evidence that was submitted to EEO investigators by Darcie Kibodeaux
- Form 50 on Kathy Choisy termination
- Form 50 on Katherine Williams termination
- Statements from EEO investigation of Katherine Williams, Mr. Aguilera, Rebecca Nehring, Darcie Kibodeaux, Mr. Jones, Larry Headington, Yolanda Mamssang, Mike Catabay, Rhonda Esgana, Betty McIntosh, Margie Dusell never responde

P7.
Katherine Williams, USPS Carrier  C 08-00026WHA
    **Plaintiff**
    v.
John Potter, Postmaster General
    **Defendant**

## EVIDENCE

- Bag of hair that I've collected for 2 yrs. because of the stress
- Medical report showing thyroid test normal lost hair because of stress (blood test)
- Prescriptions that was prescribed to me because of my mental state and injuries
- Course on managing depression
- Document that Margie Dusell prepared made me sign which I disputed after I complained of harassment
- Hostile letter that Rebecca Nehring sent me shows just how much she care about what happened to me
- A letter that was sent to me with Postmaster Johnny Aguilera stamp
- Document of correction/reprimand by Darcie Kibodeaux in which I question because of her prejudice and hostility shown towards me
- Probation Period Tracking For RCA's that shows clearly fraud correction out of sequence
- Sheet that show who assisted me daily on delivering route I didn't get help casing route when I first started only when I got on the street while the other drivers who started when I did received help casing and delivering on 3/24/06*3 carriers, 3/27/06*8 carriers, 3/28/06*3 carriers, 3/30/06*3 carriers, 4/1/06*2 carriers, 4/3/06*3 carriers, 4/13/06*2 carriers
- Certified receipts that was addressed to Darcie Kibodeaux she never turned in enclosed was the worker's comp forms which had to be resubmitted directly to that dept. 2/12/07
- Statement from Margie Dusell that she produced after I complained of working conditions (fraud)
- Phone records from my cell phone billing period 3/15/06- 1/14/07
- 3849 showing how I numbered trays that I used every time I worked rt 19
- Schedule of the free trip I missed because I was under Dr. care because of harassment/assaults working conditions
- Calendar and Daily Log which I kept from 3/17/06 – present
- Receipt of Ring and Earring that I purchased that was damaged by Darcie Kibodeaux and I lost the earring because of my mental state
- Tort Claim I submitted for reimbursement of personal property
- Rebecca Nehring sent me a certified letter terminating me and telling me to submit my work badge then I would get my final paycheck without acknowledging my on the job injury (cover up)
- My final paycheck was mailed 1/25/07 I picked it up at the Vallejo Main post office on 2/3/07
- Receipt that I have never been reimbursed for mileage on 5/27/06
- Financial Statements of borrowed monies letter from Son
- Medical report showing elevated blood pressure Medicines changed numerous times during 4/06- present
- Letters addressed to Supervisor, Manager, Worker's Comp, Postmaster
- W-2 tax statements for 2006