FILED

APR 1 0 2008

RICHARD W. WIE[...]
CLERK, U.S. DISTRICT C[...]
NORTHERN DISTRICT OF CALIFORNIA

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                          CASE NO. C 08-00026 WHA
    Plaintiff
  v.
JOHN E. POTTER, POSTMASTER GENERAL
    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Hearing Date April 10, 2008 11:00am

                      DISCOVERY
                      REQUEST FOR PRODUCTION
                      OF PERSONNAL FILES ON ANY
                      AND COMPLAINTS WHICH ARE
                      IN PARTY'S POSSESSION,
                      CUSTODY, CONTROL OR
                      KNOWLEDGE

- ✓ mean I request any and all information from you for discovery on individuals

- ❖ mean I already have information

- ➢ mean I want subpoenaed to be put under oath or that you subpoena information

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                                CASE NO. C 08-00026 WHA
    Plaintiff
v.
JOHN E. POTTER, POSTMASTER GENERAL
    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Hearing Date April 10, 2008 11:00am

DISCOVERY
REQUEST FOR PRODUCTION
OF PERSONNAL FILES ON ANY
AND COMPLAINTS WHICH ARE
IN PARTY'S POSSESSION,
CUSTODY, CONTROL OR
KNOWLEDGE

REQUESTING RECORDS/ COMPAINTS ON THE FOLLOWING INDIVIDUALS IN **BOLD UNDERLINE** OF ANY ASSAULTS, DISCRIMINATION, HARASSMENTS OR UNFAIR TREATMENT AND INDIVIDUAL TO BE SUBPOENAED FOR DEPOSITIONS

- ✓ **Mr. Aguilera, Rebecca Nehring, Darcie Kibodeaux, Margie Dusell, Larry Headington, Yolanda Mamsaang , Michael Catabay, Rhonda Esgana**
  - ➤ All names in bold put under oath to show contradiction in statement previously made to investigators.
- ✓ Time cards of Darcie Kibodeaux and Larry Headington from 3/18/06 – 6/9/06.
- ✓ Mr. Aguilera time cards from 6/15/06 – 7/1/06.
- ✓ Time cards of Katherine Williams from 3/17/06 – 6/8/06.
  - ➤ Time card of VR on June 8, 2006.
- ✓ I would like any and all complaints of current and former postal workers who have complained of discrimination, harassment/hostile working conditions, assaults, wrongful termination, poor working conditions i.e. singled out to receive different treatment, job made unfair, over burden by given more mail to case and deliver, witness to unprofessional employees or supervisor during their probation period.

- ▷ Larry Headington
- ▷ Yolanda Mamsaang
- ▷ Kathy Choisy
- ▷ Mr. Ed Kimble
- ▷ Rhonda Esgana

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS            CASE NO. C 08-00026 WHA
    Plaintiff
v.
JOHN E. POTTER, POSTMASTER GENERAL
    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Hearing Date April 10, 2008 11:00am

DISCOVERY
REQUEST FOR PRODUCTION
OF PERSONNAL FILES ON ANY
AND COMPLAINTS WHICH ARE
IN PARTY'S POSSESSION,
CUSTODY, CONTROL OR
KNOWLEDGE

- I request that you contact **Tina Bixby who is the Property Manager at Bridgeport Apt. 450 Pittman Rd. Fairfield, CA 94534 at phone (707) 863-9952 on the status of tenant Georgette F. AbouNader on when she moved from unit #423.** Darcie stated I discarded good mail. (fraud) **I can't get this information it must come from post office** or **by subpoena.**
- ✓ I would like information on the date when Phillip, Sam, Monet, Juan and Germil all delivered their route that was assign from personnel with no assistance.
    - VR witnessed me putting plastic trays I made behind the cage 2x's.
    - Mike Catabay witnessed Larry Headington put a sticky on my back and laughed at what it said.
        - ❖ Notice of Rating Eligible that shows that I originally selected Vallejo Post Office, not Fairfield. An Asian lady asked me to go to that area.
        - ❖ Statement that show how Rebecca Nehring did a shabby investigation putting confidence in Darcie Kibodeaux.
        - ❖ Statement that Darcie Kibodeaux sent to Rebecca Nehring lying that I never told her that I felt Larry Headington was hitting on me I told her over the phone in March 24, 2006.

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                                CASE NO. C 08-00026 WHA
      Plaintiff
v.
JOHN E. POTTER, POSTMASTER GENERAL
      Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Hearing Date April 10, 2008 11:00am

          DISCOVERY
          REQUEST FOR PRODUCTION
          OF PERSONNAL FILES ON ANY
          AND COMPLAINTS WHICH ARE
          IN PARTY'S POSSESSION,
          CUSTODY, CONTROL OR
          KNOWLEDGE

- Ruth Dushon told me when she started Larry Headington ask her if she wanted a chocolate kiss.
- Ruth Dushon on activities planned by Rhonda Esgana (party at her house).
- I would like Steve Tran to testify he also witnessed me making tray for route 19.

✓ Time cards of Yolanda Mamsaang from 6/06-present