CERTIFICATE OF MAILING

**FILED**

APR 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

    v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on April 10, 2008 the foregoing was given to the following in person:
Letter requesting Discovery and persons to be subpoenaed

Honorable William H. Alsup, District Judge
Atty. Abraham A. Simmons, for Federal Defendant


Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*/s/ Katherine Williams*
Katherine Williams  Pro Se
    Plaintiff