April 23, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

**FILED**

APR 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS                                C 08-00026 WHA
           Plaintiff

v.

JOHN POTTER, POSTMASTER GENERAL
           Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Dear Honorable Judge William H. Alsup:

Mr. Simmons and I had a joint conference phone call on April 22, 2008 at 10:30 a.m. with Mr. Biden. I was left very upset and despondent after the call. Mr. Biden of the ADR unit I feel was very unprofessional. Although he said he was neutral I didn't feel that way as the conversation was going. He was cussing during the phone call and he told me to go on with my life that I didn't fit in the post office, well when I took the test I didn't read anything that said I had to fit in order to work in the post office. I felt that he was discriminating against me and he don't know me and he hasn't seen me. I was violated while working in the post office and he tells me to go on with my life. He said he was going to tell you that we want Magistrate Judge to hear the case. He also said that if I had a strong case you could appoint me an attorney so I must have a weak case. I don't think he knows all or any of my evidence. I don't trust him and want to go on with my ENE. I must not forget he said the guy who shot me with rubber bands leaving 4 whelps on my leg was just horse play, were we kindergarteners or was we suppose to be working for the federal government delivering the mail. I have a right to fight for my right if I have to go at it alone. If I must have a phone conference I don't want Mr. Biden advice. He did say I had a good judge.

Sincerely,

*Katherine Williams*
Katherine Williams Pro Se

April 22, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589
(707) 643-2423

| | |
|---|---|
| KATHERINE WILLIAMS<br>　　　　Plaintiff | C 08-00026 WHA |

v.

JOHN E. POTTER, Postmaster General
　　　　Defendant

## WHAT DO I WANT TO GET OUT OF ADR MEDITATION?

I would like for all parties to come to a census in determining who is telling the truth and who has been lying throughout this investigation as well as looking at previous statements gathered, circumstantial evidence that support all injuries and violation of my civil rights and restore to me what has been fraudulently taken from me and that all the guilty punished for repeatedly and purposely discarding the rules under oath to tell the truth denying that anything had happen to me.

I would like for all the injuries that I sustained at the hand of others while I worked at the post office to be acknowledged and be compensated.

I would like every thing that I asked for in resolution/compensation if the evidence shows I'm telling the truth and the others have lied.

I would like punishment for all the guilty once proven and those fired a chance to get their jobs back if they have support evidence that they have been wronged as well.

I want you to order that I get my job and the termination overturned.

Most of all I want to be heard, for 2 years the Administration and the Agency has closed doors and their ears in not acknowledging the wrongs that has occurred in spite of all the evidence to support that I have told the truth wanting me to go away. I vowed to expose all the wrong doings at that post office and I think I have because I didn't give up the fight.

Sincerely,

*Katherine Williams*
Katherine Williams

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

  v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on April 24, 2008 the foregoing was mailed to the following:
Letter to Judge Alsup about joint phone conference with Mr. Biden of ADR

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Fl
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

ADR unit
450 Golden Gate Ave.
San Francisco, CA 94102

*Katherine Williams* (signature)
Katherine Williams Pro Se
    Plaintiff



Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867
#C08 00026 WHA

United States District Court
Honorable Judge Williams Alsup
450 Golden Gate Ave. Courtroom #9, 19FL
San Francisco, CA 94102