**FILED**

4/30/2008 [w]

MAY - 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS               C 08-00026 WHA
         Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL
         Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DEFENDANT'S INITIAL DISCLOSURES  received 4/30/08

In Mr. Simmons Initial Disclosures the statement says the following persons may be contacted through federal defendants' counsel. He still hasn't given me names with statement on what each individual would testify to under oath.

**Names**

Darcie L. Kibodeaux
Germil Libatique
Juan Ramirez
Monette Zuasola
Sam Carey
Rebecca A. Nehring
Johnny Aguilera
Andrea Gilmore

If the defendant doesn't call the named individuals to testify under oath I have stated that I want Darcie L. Kibodeaux, Rebecca A. Nehring and Postmaster Johnny Aguilera put under oath for impeachment purposes of previous statement made in the EEO and administration investigation.

We are still trying to get to the truth aren't we?

Katherine Williams
Katherine Williams Pro Se
         Plaintiff

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on 4/30 2008 the foregoing was mailed to the following:
Letter on Defendant's Initial Disclosure on witnesses I want to testify under oath for impeachment.

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Corutroom #9 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams*
Katherine Williams  Pro Se
    Plaintiff



Katherine Williams
445 Fordham Ci.
Vallejo, CA 94589-1867

United States District Court
Honorable Judge William H. Alsup
450 Golden Gate Ave, Courtroom #9, 19 Fl
San Francisco, CA 94102