4/30/2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

**FILED**

MAY - 7 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS        C 08-00026 WHA
       Plaintiff
v.

JOHN E. POTTER, POSTMASTER GENERAL
       Defendant

UNITED STATES DISTIRCT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
2ND REQUEST FOR DISCLOSURE  received 4/30/08

U. S. Attorney
Mr. Abraham Simmons
450 Golden Gate Ave.
San Francisco, CA 94102

Attn: Mr. Abraham Simmons:

I have made a request for disclosure on April 10, 2008 to you in person and to this date I haven't received any of the requested documents. I feel that the information that you have in your control or the post office has or can get this knowledge will help me support and substantiate my claim that they used fraud to get rid of me after I complained of hostile working conditions. If I don't hear from you in 10 days (by May 12, 2008) with the information that I requested I will be forced to go to the judge and have him compel you to release this information. I have a right to defend myself and show that the agency used underhanded ways to get rid of people in their probation period. I was let go after I complained of hostile working conditions and that I was being harassed. I was wronged and I intend to prove it.

Sincerely,
*Katherine Williams*
Katherine Williams

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

  v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on 4/30 2008 the foregoing was mailed to the following:
Letter requesting disclosure **2nd request** received 4/30/08

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams*
Katherine Williams  Pro Se
    Plaintiff