May 1, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

**FILED**
MAY 14 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS                    C 08-00026 WHA
      Plaintiff
v.

JOHN E. POTTER, POSTMASTER GENERAL
      Defendant

UNITED STATES DISTIRCT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
**2ND REQUEST FOR DISCOVERY**

U. S. Attorney
Mr. Abraham Simmons
450 Golden Gate Ave.
San Francisco, CA 94102

Attn: Mr. Abraham Simmons:

I received defendant's disclosure on April 30, 2008 by way of messenger who left the letter on my porch. I mailed to you on that same date a letter requesting your disclosure on witnesses and what they would be testifying to, although vague you complied. As I stated in that letter if you don't call anyone on your witness list I intend to call Mr. Aguilera, Rebecca Nehring and Darcie Kibodeaux to impeach them and show their creditability/character from previous statements made. I didn't receive the discovery that I requested from you on April 10, 2008 in person. I do believe the Honorable Judge William H. Alsup gave us until April 30, 2008 to make requests, make any changes and for you to give me all requested discovery by said date. If I don't hear from you with my request by May 12, 2008, I will ask Judge William H. Alsup to compel you to surrender the documents that I requested. I think the evidence will support my case that I have been wronged. I forgot to state discovery in mailing on April 30, 2008 in letter and on Certificate of Mailing so I'm sending this letter to correct error; however I did send requesting discovery document for 2nd request.

Sincerely,

*Katherine Williams*
Katherine Williams

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on May 1, 2008 the foregoing was mailed to the following:
**Letter requesting Discovery 2nd request**

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams*
Katherine Williams Pro Se
Plaintiff