May 12, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

**FILED**
MAY 1 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**KATHERINE WILLIAMS**                                C 08-00026 WHA
          Plaintiff
v.

JOHN E. POTTER, POSTMASTER GENERAL
          Defendant

UNITED STATES DISTIRCT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
3rd REQUEST FOR DISCOVERY

U. S. Attorney
Mr. Abraham Simmons
450 Golden Gate Ave.
San Francisco, CA 94102

Attn: Mr. Abraham Simmons:

I have made a 2nd request for discovery by May 12, 2008 and to this date I haven't received any of the requested documents. I feel that the information that you have in your control or the post office has or can get this knowledge will help me support and substantiate my claim that they used fraud to get rid of me after I complained of hostile working conditions. If I don't hear from you in 10 days (by May 23, 2008) with the information that I requested or an explanation that you are trying to comply I will be go to the judge and have him compel you to release this information. This is the last time I will extend this waiting period.

Sincerely,

*Katherine Williams*
Katherine Williams

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

  v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on May 12, 2008 the foregoing was mailed to the following:
Letter requesting discovery **3rd request**

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams*
Katherine Williams Pro Se
    Plaintiff