**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

    Plaintiff,

  v.

JOHN E. POTTER,
POSTMASTER GENERAL,

    Defendant.
    _____/

No. C 08-00026 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's letter of May 26, 2008, concerning a discovery dispute and **SETS** a hearing on **WEDNESDAY, JUNE 11, 2008, AT 2:00 P.M.**, in Courtroom No. 9, 450 Golden Gate Avenue, San Francisco, California. Defendant shall please respond to plaintiff's letter by noon on June 6, 2008.

**IT IS SO ORDERED.**

Dated: May 30, 2008.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE