UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

               Plaintiff,

   v.

JOHN E. POTTER,

               Defendant.

Case Number: CV08-00026 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Katherine Williams
445 Fordham Circle
Vallejo, CA 94589

Dated: May 30, 2008

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk