May 26, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

**FILED**

MAY 28 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

cc chambers
received 5/28

KATHERINE WILLIAMS                                  C 08-00026 WHA
           Plaintiff
v.

JOHN E. POTTER, POSTMASTER GENERAL
           Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
COMPEL DEFENDANT TO RELEASE DISCOVERY

Dear Honorable Judge William H. Alsup:

I have requested for the 3rd time since April 10, 2008 for Mr. Simmons to furnish me with the documents/information so that I can prepare for the up coming mediation and possible trial if necessary. You ordered him to comply or he would be sanctioned. I don't think he heard you or he's hoping that I would forget what I've requested and stop making the request. I don't know the reason why he hasn't complied with your order. On May 20, 2008 Mr. Simmons sent me an e-mail asking if I wanted him to send me Disclosure on hard copy or CD, he already sent me his Disclosure I received it on April 30, 2008 in an envelope left on my front porch by a carrier. I ask that you compel Mr. Simmons to furnish the requested information that I feel are vital to my charges and will support that the agency retaliated against me by using fraud to get rid of me after I complained of hostile working conditions trying to cover up theirs acts of discrimination against my person, how I was harassed and assaulted on a continues bases by an aggressive co-worker and two supervisors who was put over us and not monitored by the Postmaster or Manager; which violated my civil rights. I don't know what else to do Your Honor, please intervene that I may obtain the requested information. Thank you for your assistance in the matter.

Sincerely,
Katherine Williams
Katherine Williams Pro Se

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

  v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on May 27, 2008 the foregoing was mailed to the following:
Letter ordering Defendant to release Discovery

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams*
Katherine Williams Pro Se
    Plaintiff



OAKLAND CA 946
27 MAY 2008 PM 7 T

Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867

United States District Court
Honorable William H. Alsup
450 Golden Gate Ave. Courtroom # 9, 19 Fl
San Francisco, CA 94102

94102+3661 C004