

May 28, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                                    C 08-00026 WHA
      Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL
      Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
DEFENDANT COMPLIED WITH DISCOVERY REQUEST

Dear Honorable Judge Williams Alsup/Attorney Abraham A. Simmons:

Please disregard letter dated May 26, 2008 because the defendant has sent me requested documents by way of messenger Track #2455893 left on front porch on May 27, 2008. After going through requested documents missing is information from Tina Bixby Property Manager of Bridgeport Apartments asking for the status on Georgette F. AbouNader 450 Pittman Rd. #423 Fairfield, CA 94534-6729 on when she moved from unit. Katherine Williams/Yolanda Mamsaang time cards for period of 3/06. The time cards for period 4/06 of Yolanda Mamsaang/Katherine Williams are the same time cards turned into investigators which were altered by either Darcie Kibodeaux or Yolanda Mamsaang so I will need some to recalculate time cards for period 3/06 – 4/06 because you can clearly see they have been altered and I know what I put on those timecards. You have until 6/6/06 to furnish requested documents/items not included with this mailing or I will have to write to Honorable Judge Williams H. Alsup.

Thank you,

*Katherine Williams*
Katherine Williams Pro Se

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

  v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on May 28, 2008 the foregoing was mailed to the following:
Letter stating Defendant has complied with Discovery request

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams*
Katherine Williams Pro Se
    Plaintiff

Catherine Williams
145 Fordham Cir.
Vallejo, CA 94589-1867
#C 08 0026 WHA

OAKLAND CA 946
28 MAY 2008 PM 7 T

United States District Court
Honorable William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Fl
San Francisco, CA 94102