EXHIBIT 1

**F I L E** ⌐

APR 1 0 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

RICHARD W. WIE⌐      ⌐
CLERK, U.S. DISTRICT C⌐
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS
    Plaintiff

CASE NO. C 08-00026 WHA

  v.
JOHN E. POTTER, POSTMASTER GENERAL
    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Hearing Date April 10, 2008 11:00am

DISCOVERY
REQUEST FOR PRODUCTION
OF PERSONNAL FILES ON ANY
AND COMPLAINTS WHICH ARE
IN PARTY'S POSSESSION,
CUSTODY, CONTROL OR
KNOWLEDGE

✓  mean I request any and all information from you for discovery on individuals

❖  mean I already have information

➢  mean I want subpoenaed to be put under oath or that you subpoena information

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                          CASE NO. C 08-00026 WHA
            Plaintiff
        v.
JOHN E. POTTER, POSTMASTER GENERAL
            Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Hearing Date April 10, 2008 11:00am

DISCOVERY
REQUEST FOR PRODUCTION
OF PERSONNAL FILES ON ANY
AND COMPLAINTS WHICH ARE
IN PARTY'S POSSESSION,
CUSTODY, CONTROL OR
KNOWLEDGE

REQUESTING RECORDS/ COMPAINTS ON THE FOLLOWING INDIVIDUALS IN
<u>BOLD UNDERLINE</u> OF ANY ASSAULTS, DISCRIMINATION, HARASSMENTS
OR UNFAIR TREATMENT AND INDIVIDUAL TO BE SUBPOENAED FOR
DEPOSITIONS

- ✓ **Mr. Aguilera, Rebecca Nehring, Darcie Kibodeaux, Margie Dusell, Larry
  Headington, Yolanda Mamsaang , Michael Catabay, Rhonda Esgana**
    - ➢ All names in bold put under oath to show contradiction in statement
      previously made to investigators.
- ✓ Time cards of Darcie Kibodeaux and Larry Headington from 3/18/06 – 6/9/06.
- ✓ Mr. Aguilera time cards from 6/15/06 – 7/1/06.
- ✓ Time cards of Katherine Williams from 3/17/06 – 6/8/06.
    - ➢ Time card of VR on June 8, 2006.
- ✓ I would like any and all complaints of current and former postal workers who
  have complained of discrimination, harassment/hostile working conditions,
  assaults, wrongful termination, poor working conditions i.e. singled out to receive
  different treatment, job made unfair, over burden by given more mail to case and
  deliver, witness to unprofessional employees or supervisor during their probation
  period.

➢ Larry Headington
➢ Yolanda Mamsaang
➢ Kathy Choisy
➢ Mr. Ed Kimble
➢ Rhonda Esgana

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                          CASE NO. C 08-00026 WHA
      Plaintiff
  v.
JOHN E. POTTER, POSTMASTER GENERAL
      Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Hearing Date April 10, 2008 11:00am

DISCOVERY
REQUEST FOR PRODUCTION
OF PERSONNAL FILES ON ANY
AND COMPLAINTS WHICH ARE
IN PARTY'S POSSESSION,
CUSTODY, CONTROL OR
KNOWLEDGE

- ➢ I request that you contact **Tina Bixby who is the Property Manager at Bridgeport Apt. 450 Pittman Rd. Fairfield, CA 94534 at phone (707) 863-9952 on the status of tenant Georgette F. AbouNader on when she moved from unit #423.** Darcie stated I discarded good mail. (fraud) **I can't get this information it must come from post office** or by subpoena.
- ✓ I would like information on the date when Phillip, Sam, Monet, Juan and Germil all delivered their route that was assign from personnel with no assistance.
  - ➢ VR witnessed me putting plastic trays I made behind the cage 2x's.
  - ➢ Mike Catabay witnessed Larry Headington put a sticky on my back and laughed at what it said.
    - ❖ Notice of Rating Eligible that shows that I originally selected Vallejo Post Office, not Fairfield. An Asian lady asked me to go to that area.
    - ❖ Statement that show how Rebecca Nehring did a shabby investigation putting confidence in Darcie Kibodeaux.
    - ❖ Statement that Darcie Kibodeaux sent to Rebecca Nehring lying that I never told her that I felt Larry Headington was hitting on me I told her over the phone in March 24, 2006.

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                                    CASE NO. C 08-00026 WHA
                    Plaintiff
          v.
JOHN E. POTTER, POSTMASTER GENERAL
                    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
Hearing Date April 10, 2008 11:00am

DISCOVERY
REQUEST FOR PRODUCTION
OF PERSONNAL FILES ON ANY
AND COMPLAINTS WHICH ARE
IN PARTY'S POSSESSION,
CUSTODY, CONTROL OR
KNOWLEDGE

❖ Ruth Dushon told me when she started Larry Headington ask her if
  she wanted a chocolate kiss.
➢ Ruth Dushon on activities planned by Rhonda Esgana (party at her house).
➢ I would like Steve Tran to testify he also witnessed me making tray for
  route 19.

✓ Time cards of Yolanda Mamsaang from 6/06-present

EXHIBIT 2

4|30| 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423


KATHERINE WILLIAMS                    C 08-00026 WHA
        Plaintiff
v.

JOHN E. POTTER, POSTMASTER GENERAL
        Defendant


UNITED STATES DISTIRCT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
2ND REQUEST FOR DISCLOSURE

U. S. Attorney
Mr. Abraham Simmons
450 Golden Gate Ave.
San Francisco, CA 94102

Attn:  Mr. Abraham Simmons:

I have made a request for disclosure on April 10, 2008 to you in person and to this date I
haven't received any of the requested documents.  I feel that the information that you
have in your control or the post office has or can get this knowledge will help me support
and substantiate my claim that they used fraud to get rid of me after I complained of
hostile working conditions.  If I don't hear from you in 10 days (by May 12, 2008) with
the information that I requested I will be forced to go to the judge and have him compel
you to release this information.  I have a right to defend myself and show that the agency
used underhanded ways to get rid of people in their probation period.  I was let go after I
complained of hostile working conditions and that I was being harassed.  I was wronged
and I intend to prove it.

Sincerely,

*Katherine Williams*
Katherine Williams

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                    CASE NO. C 08-00026 WHA
       Plaintiff
   v.
JOHN E. POTTER, POSTMASTER GENERAL
       Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DISCOVERY
REQUEST FOR PRODUCTION
OF PERSONNAL FILES ON ANY
AND COMPLAINTS WHICH ARE
IN PARTY'S POSSESSION,
CUSTODY, CONTROL OR
KNOWLEDGE

- ➢ Ruth Dushon on activities planned by Rhonda Esgana (party at her house).
- ➢ I would like Steve Tran to testify he also witnessed me making tray for route 19.

- ✓ mean I request any and all information from you for discovery on individuals

- ❖ mean I already have information

- ➢ mean I want subpoenaed to be put under oath or that you subpoena information

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                                    CASE NO. C 08-00026 WHA
            Plaintiff
     v.
JOHN E. POTTER, POSTMASTER GENERAL
            Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DISCOVERY
REQUEST FOR PRODUCTION
OF PERSONNAL FILES ON ANY
AND COMPLAINTS WHICH ARE
IN PARTY'S POSSESSION,
CUSTODY, CONTROL OR
KNOWLEDGE

REQUESTING RECORDS/ COMPAINTS ON THE FOLLOWING INDIVIDUALS IN
BOLD UNDERLINE OF ANY ASSAULTS, DISCRIMINATION, HARASSMENTS
OR UNFAIR TREATMENT AND INDIVIDUAL TO BE SUBPOENAED FOR
DEPOSITIONS

- ✓ **Mr. Aguilera, Rebecca Nehring, Darcie Kibodeaux, Margie Dusell, Larry**
  **Headington, Yolanda Mamsaang , Michael Catabay, Rhonda Esgana**
  - ➢ All names in bold put under oath to show contradiction in statement
    previously made to investigators.
- ✓ Time cards of Darcie Kibodeaux and Larry Headington from 3/18/06 – 6/9/06.
- ✓  Mr. Aguilera time cards from 6/15/06 – 7/1/06.
- ✓ Time cards of Katherine Williams from 3/17/06 – 6/8/06.
  - ➢ Time card of VR on June 8, 2006.
- ✓ I would like any and all complaints of current and former postal workers who
  have complained of discrimination, harassment/hostile working conditions,
  assaults, wrongful termination, poor working conditions i.e. singled out to receive
  different treatment, job made unfair, over burden by given more mail to case and
  deliver, witness to unprofessional employees or supervisor during their probation
  period.

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                                    CASE NO. C 08-00026 WHA
          Plaintiff
     v.
JOHN E. POTTER, POSTMASTER GENERAL
          Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DISCOVERY
REQUEST FOR PRODUCTION
OF PERSONNAL FILES ON ANY
AND COMPLAINTS WHICH ARE
IN PARTY'S POSSESSION,
CUSTODY, CONTROL OR
KNOWLEDGE

I request that you contact **Tina Bixby who is the Property Manager at Bridgeport Apt. 450 Pittman Rd. Fairfield, CA 94534 at phone (707) 863-9952 on the status of tenant Georgette F. AbouNader on when she moved from unit #423.** Darcie stated I discarded good mail. (fraud) **I can't get this information it must come from post office or by subpoena.**

✓ I would like information on the date when Phillip, Sam, Monet, Juan and Germil all delivered their route that was assign from personnel with no assistance.

  ➢ VR witnessed me putting plastic trays I made behind the cage 2x's.
  ➢ Mike Catabay witnessed Larry Headington put a sticky on my back and laughed at what it said.
    ❖ Notice of Rating Eligible that shows that I originally selected Vallejo Post Office, not Fairfield. An Asian lady asked me to go to that area.
    ❖ Statement that show how Rebecca Nehring did a shabby investigation putting confidence in Darcie Kibodeaux.
    ❖ Statement that Darcie Kibodeaux sent to Rebecca Nehring lying that I never told her that I felt Larry Headington was hitting on me I told her over the phone in March 24, 2006.
  ➢ Ruth Dushon told me when she started Larry Headington ask her if she wanted a chocolate kiss.

EXHIBIT 3

May 1, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

FILED

MAY 1 4 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS
        Plaintiff

v.

C 08-00026 WHA

JOHN E. POTTER, POSTMASTER GENERAL
        Defendant

UNITED STATES DISTIRCT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
**2ND REQUEST FOR DISCOVERY**

U. S. Attorney
Mr. Abraham Simmons
450 Golden Gate Ave.
San Francisco, CA 94102

Attn:  Mr. Abraham Simmons:

I received defendant's disclosure on April 30, 2008 by way of messenger who left the
letter on my porch. I mailed to you on that same date a letter requesting your disclosure
on witnesses and what they would be testifying to, although vague you complied. As I
stated in that letter if you don't call anyone on your witness list I intend to call Mr.
Aguilera, Rebecca Nehring and Darcie Kibodeaux to impeach them and show their
creditability/character from previous statements made. I didn't receive the discovery that
I requested from you on April 10, 2008 in person. I do believe the Honorable Judge
William H. Alsup gave us until April 30, 2008 to make requests, make any changes and
for you to give me all requested discovery by said date. If I don't hear from you with my
request by May 12, 2008, I will ask Judge William H. Alsup to compel you to surrender
the documents that I requested. I think the evidence will support my case that I have
been wronged. I forgot to state discovery in mailing on April 30, 2008 in letter and on
Certificate of Mailing so I'm sending this letter to correct error; however I did send
requesting discovery document for 2nd request.

Sincerely,

Katherine Williams
Katherine Williams

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

       Plaintiff

   v.

JOHN E. POTTER, POSTMASTER GENERAL

      Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

                      CASE NO. C 08-00026 WHA

I certify that on May 1, 2008 the foregoing was mailed to the following:
**Letter requesting Discovery 2nd request**

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

Katherine Williams  Pro Se
    Plaintiff

EXHIBIT 4

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division.
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

　　　450 Golden Gate Avenue, Box 36055
　　　San Francisco, CA 94102
　　　Telephone: 415 436-7264
　　　Fax: 415 436-6748
　　　Email: abraham.simmons@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHERINE WILLIAMS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL<br><br>　　　　　　　　　Defendant. | C 08-0026 WHA<br><br>E-FILING CASE<br><br>DEFENDANT'S RESPONSES TO PLAINTIFF'S "DISCOVERY REQUEST FOR PRODUCTION OF PERSONAL (SIC) FILES ON ANY AND COMPLAINTS WHICH ARE IN PARTY'S POSSESSION, CUSTODY, CONTROL OR KNOWLEDGE" |

Propounding Party:　　Plaintiff

Responding Party:　　Defendant

Set No.:　　　　　　One

　　　　Defendant, John E. Potter, Postmaster General of the United States, hereby responds to Plaintiff's discovery requests served April 10, 2008 as follows:

　　　　Defendant objects to the form of the discovery requests and to each and every discovery request on the ground that they are vague and ambiguous. Specifically, the document requests are not numbered, separated so as to comprise individual requests nor otherwise in the form required by the local rules and the Rules of Civil Procedure. Defendant further responds that each request will be reasonably interpreted to the extent possible and in light of the issues

1  presented in this lawsuit.  As a further response to each individual request, defendant responds

2  as follows:

3                                  DOCUMENT REQUESTS

4        Document Request No. 1:     I request any and all information from you for discovery

5  on individuals: **Mr. Aguilera, Rebecca Nehring, Darcie Kibodeaux, Margie Dusell, Larry**

6  **Headington, Yolanda Mamsaang, Michael Catabay, Rhonda Esgana**

7        Response to Document Request No. 1:       Defendant objects to this request on the

8  ground that it is compound, vague, ambiguous, so overbroad as to be overly burdensome and

9  would require production of documents not likely to result in discovery of admissible evidence.

10  Defendant further objects to the extent that any responsive documents are protected by the

11  attorney-client privilege, the work product doctrine or the Privacy Act.  Subject to, and without

12  waiving these objections, defendant will produce documents regarding these individuals that

13  have been produced as part of the administrative record in this case.

14        Document Request No. 2:     Time cards of Darcie Kibodeaux and Larry Headington

15  from 3/18/06 - 6/9/06.

16        Response to Document Request No. 2:       Defendant objects to this request on the

17  ground that it is compound, vague and ambiguous.  Defendant further objects to the extent that

18  any responsive documents are protected by the attorney-client privilege, the work product

19  doctrine or the Privacy Act.   Subject to, and without waiving these objections, defendant will

20  produce documents of similarly situated employees upon entry of a proper protective order as

21  required by the Privacy Act.

22        Document Request No. 3:     Mr. Aguilera time cards from 3/17/06 - 6/8/06.

23        Response to Document Request No. 3:       Defendant objects to this request on the

24  ground that it is vague and ambiguous.  Defendant further objects to the extent that any

25  responsive documents are protected by the attorney-client privilege, the work product doctrine

26  or the Privacy Act. Subject to, and without waiving these objections, defendant will produce

27  documents of similarly situated employees upon entry of a proper protective order as required

28  by the Privacy Act.

Document Request No. 4:    Time cards of Katherine Williams from 3/17/06 - 6/8/06.

Response to Document Request No. 4:    Defendant objects to this request on the ground that it is ambiguous. Subject to, and without waiving these objections, defendant will produce these all available time records pertaining to plaintiff during this period

Document Request No. 5:    I would like any and all complaints of current and former postal workers who have complained of discrimination, harassment/hostile working conditions, assaults, wrongful termination, poor working conditions i.e. singled out to receive different treatment, job made unfair, over burden by given more mail to case and deliver, witness to unprofessional employees or supervisor during their probation period.

Response to Document Request No. 5:    Defendant objects to this request on the ground that it is compound, vague and ambiguous. Defendant further objects to the extent that any responsive documents are protected by the attorney-client privilege, the work product doctrine or the Privacy Act. Subject to, and without waiving these objections, defendant will produce unprivileged documents referring to claims against plaintiff's supervisors during the relevant period.

Document Request No. 6:    I would like information on the date when Phillip, Sam, Monet, Juan and Germil all delivered their route that was assign from personnel with no assistance.

Response to Document Request No. 6:    Defendant objects to this request on the ground that it is so vague and ambiguous that a reasonable response cannot be formed. Defendant further objects to the extent that any responsive documents are protected by the attorney-client privilege, the work product doctrine or the Privacy Act.

Document Request No. 7:    Time cards of Yolanda Mamsaang from 6/06 - present.

Response to Document Request No. 7:    Defendant objects to this request on the ground that it is vague and ambiguous. Defendant further objects to the extent that any responsive documents are protected by the attorney-client privilege, the work product doctrine or the Privacy Act. Subject to, and without waiving these objections, defendant will produce documents of similarly situated employees upon entry of a proper protective order as required

1   by the Privacy Act.

2        The document requests contains numerous statements regarding plaintiff's desires to

3   seek additional discovery to which no response is required.  To the extent that a response is

4   deemed necessary, defendant objects to each and every request inasmuch as it (1) requires

5   conduct not required under the Federal Rules, (2) is not a document request, or (3) requires

6   production of documents that are protected by the attorney-client privilege, the work product

7   doctrine or the Privacy Act.

8   AS TO OBJECTIONS

9                                          Respectfully submitted,

10                                         JOSEPH P. RUSSONIELLO
                                           United States Attorney

11

12

13  Dated: May 9, 2008                                    /s/
                                           ABRAHAM A. SIMMONS
14                                         Assistant United States Attorney

15
    Documents and verification to be produced under separate cover.
16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S RESPONSES TO DOCUMENT REQUESTS
*Williams v. Potter*, No. C-08-0026 WHA                                    Page 4

EXHIBIT 5

May 12, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

FILED

MAY 1 4 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS                              C 08-00026 WHA
         Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL
         Defendant

UNITED STATES DISTIRCT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
3rd REQUEST FOR DISCOVERY

U. S. Attorney
Mr. Abraham Simmons
450 Golden Gate Ave.
San Francisco, CA 94102

Attn: Mr. Abraham Simmons:

I have made a 2nd request for discovery by May 12, 2008 and to this date I haven't
received any of the requested documents. I feel that the information that you have in
your control or the post office has or can get this knowledge will help me support and
substantiate my claim that they used fraud to get rid of me after I complained of hostile
working conditions. If I don't hear from you in 10 days (by May 23, 2008) with the
information that I requested or an explanation that you are trying to comply I will be go
to the judge and have him compel you to release this information. This is the last time I
will extend this waiting period.

Katherine Williams

EXHIBIT 6

**Simmons, Abraham (USACAN)**

| | |
|---|---|
| From: | Simmons, Abraham (USACAN) |
| Sent: | Tuesday, May 20, 2008 9:35 AM |
| To: | 'Katherine Williams' |
| Subject: | RE: corrections for admendment to draft doc. |

I am preparing to forward to you the documents referenced in my response and referenced in my initial disclosures.  Would you prefer a disk or hard copies?

-----Original Message-----
From: Katherine Williams [mailto:katzls@peoplepc.com]
Sent: Friday, April 04, 2008 8:26 AM
To: Simmons, Abraham (USACAN)
Cc: Katherine Williams
Subject: corrections for admendment to draft doc.

I will fax a copy and send through mail

PeoplePC Online
A better way to Internet
http://www.peoplepc.com

1

EXHIBIT 7

May 26, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

**FILED**

MAY 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS                    C 08-00026 WHA
      Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL
      Defendant

*cc to chambers*
*received 5/28*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
COMPEL DEFENDANT TO RELEASE DISCOVERY

Dear Honorable Judge William H. Alsup:

I have requested for the 3rd time since April 10, 2008 for Mr. Simmons to furnish me with
the documents/information so that I can prepare for the up coming mediation and
possible trial if necessary. You ordered him to comply or he would be sanctioned. I
don't think he heard you or he's hoping that I would forget what I've requested and stop
making the request. I don't know the reason why he hasn't complied with your order.
On May 20, 2008 Mr. Simmons sent me an e-mail asking if I wanted him to send me
Disclosure on hard copy or CD, he already sent me his Disclosure I received it on April
30, 2008 in an envelope left on my front porch by a carrier. I ask that you compel Mr.
Simmons to furnish the requested information that I feel are vital to my charges and will
support that the agency retaliated against me by using fraud to get rid of me after I
complained of hostile working conditions trying to cover up theirs acts of discrimination
against my person, how I was harassed and assaulted on a continues bases by an
aggressive co-worker and two supervisors who was put over us and not monitored by the
Postmaster or Manager; which violated my civil rights. I don't know what else to do
Your Honor, please intervene that I may obtain the requested information. Thank you for
your assistance in the matter.

Sincerely,

*Katherine Williams*
Katherine Williams Pro Se

# EXHIBIT 8



U.S. Departme  of Justice

*United States Attorney*
*Northern District of California*

---

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102*

*(415) 436-7264*

*FAX:(415) 436-7169*

May 27, 2008

BY MESSENGER
Katherine Williams, Pro Se
445 Fordham Circle
Vallejo, CA 94589

Re:    Katherine Williams v. John E. Potter, Postmaster General
       Case No.: C 08-00026 JL

Dear Ms. Williams,

In furtherance of defendant's previously-served document response, and in accordance with Federal Rule of Civil Procedure 34, enclosed please find documents responsive to Plaintiff's discovery requests served April 10, 2008. These documents should be considered a further initial disclosure as well.

Also enclosed are hard copies of the documents referenced in defendant's previously-served initial disclosure. Please do not hesitate to contact me if you have any questions.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

BY :

ABRAHAM A. SIMMONS
Assistant U.S. Attorney

Encl.

# EXHIBIT 9



May 28, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423


KATHERINE WILLIAMS                    C 08-00026 WHA
            Plaintiff
v.

JOHN E. POTTER, POSTMASTER GENERAL
            Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
DEFENDANT COMPLIED WITH DISCOVERY REQUEST

Dear Honorable Judge Williams Alsup/Attorney Abraham A. Simmons:

Please disregard letter dated May 26, 2008 because the defendant has sent me requested
documents by way of messenger Track #2455893 left on front porch on May 27, 2008.
After going through requested documents missing is information from Tina Bixby
Property Manager of Bridgeport Apartments asking for the status on Georgette F.
AbouNader 450 Pittman Rd. #423 Fairfield, CA 94534-6729 on when she moved from
unit. Katherine Williams/Yolanda Mamsaang time cards for period of 3/06. The time
cards for period 4/06 of Yolanda Mamsaang/Katherine Williams are the same time cards
turned into investigators which were altered by either Darcie Kibodeaux or Yolanda
Mamsaang so I will need some to recalculate time cards for period 3/06 – 4/06 because
you can clearly see they have been altered and I know what I put on those timecards.
You have until 6/6/06 to furnish requested documents/items not included with this
mailing or I will have to write to Honorable Judge Williams H. Alsup.

Thank you,

Katherine Williams Pro Se

EXHIBIT 10

May 29, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423


KATHERINE WILLIAMS                                    C 08-00026 WHA
                    Plaintiff
v.

JOHN E. POTTER, POSTMASTER GENERAL
                    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
DEFENDANT COMPLIED WITH DISCOVERY REQUEST

Dear Honorable Judge Williams Alsup/Attorney Abraham A. Simmons:

In addition to my previous letter dated May 28, 2008 after looking through all disclosure
and discovery document not included was when did the carriers who started employment
when I did finish their route for the first time unassisted that was assigned from
personnel.  The carrier's names are Sam Carey, Phillip Hong, Germil Libatique and
Monette Zuasola and when did each driver receive their Driving Observation from any
Supervisors this was generally done by Darcie Kibodeaux.  Also omitted from my
requested discovery evidence, I don't know if it was intentionally but on the time cards
for Katherine Williams and Yolanda Mamsaang the month of March 06 I want it and I
know if it has been altered or edited as I stated before if necessary the month of March 06
time card re-calculated.  We will continue this until all the truth comes out and all the
guilty punished.  It's strange that on my time card and Yolanda's time card this period of
March 06 isn't included in discovery.

Sincerely,

*Katherine Williams*
Katherine Williams