```
JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

       450 Golden Gate Avenue, 9th Floor
       San Francisco, California 94102-3495
       Telephone:    (415) 436-7264
       Facsimile:    (415) 436-6748
       Email:        abraham.simmons@usdoj.gov

Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHERINE WILLIAMS,                    )<br>                                        )<br>              Plaintiff,                )<br>                                        )<br>       v.                               )<br>                                        )<br> JOHN E. POTTER, POSTMASTER             )<br> GENERAL,                               )<br>                                        )<br>              Defendant.                )<br>                                        ) | No. C 08-00026 JL<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:    June 11, 2008<br>Time:    2:00 p.m.<br>Ctrm:    9<br>Before:  Hon. William Alsup |

   The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of:

**Defendant's Response to Plaintiff's Discovery Dispute**

**Declaration of Abraham A. Simmons in Support of Defendant's Response to Plaintiff's Discovery Dispute**

<u>**Katherine Williams v. John E. Potter, Postmaster General**</u>, C 08-0026 WHA

to be served this date upon the party(ies) as follows:

Katherine Williams, Pro Se
445 Fordham Circle
Vallejo, CA 94589

_____  **BY FIRST CLASS MAIL**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this offices practice.

__√__  **BY PERSONAL SERVICE, (MESSENGER)**

| | |
|---|---|
| 1 | _____ **FEDERAL EXPRESS** |
| 2 | _____ **FACSIMILE, (FAX)** Telephone No.: <u>See Above</u> |
| 3 | _____ **BY E-MAIL**: I caused each such document to be sent by email to the person or offices of each address above. |
| 4-5 | _____ **CERTIFIED MAIL**, by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this offices practice . |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 6, 2008          /s/
                             TINA LOUIE
                             Legal Assistant

Certificate of Service
C 08-00026 JL                              2