IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER,<br><br>    Defendant.<br>_____ / | No. C 08-00026 WHA<br><br>**ORDER RE DISCOVERY DISPUTE ON JUNE 11, 2008** |

At the discovery dispute hearing on June 11, 2008, plaintiff agreed to withdraw her first discovery request for timecards. The government agreed to respond to her second discovery request regarding driving observations of other postal employees during the time discussed at the hearing. Plaintiff's third discovery request is **DENIED** because defendant is under no obligation to write a letter to a third party on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated: June 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE