UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>June 11, 2008</u>

Case No.  <u>C 08-0026 WHA</u>

Title: <u>KATHERINE WILLIAMS</u> v. <u>POTTER</u>

Plaintiff Attorneys: Pro Per

Defense Attorneys: Abraham Simmons

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1)   <u>Discovery Dispute Hearing - HELD</u>

2)   <u>                                                                                          </u>


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

Court ruled on the discovery dispute items.