**FILED**

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

JUN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

    KATHERINE WILLIAMS                          C 08-00026 WHA
         Plaintiff
v.

    JOHN E. POTTER, POSTMASTER GENERAL
         Defendant

*[handwritten margin note: cc to chambers]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
DEFENDANT COMPLIED WITH DISCOVERY REQUEST (**partially**)

Dear Honorable Judge William Alsup/Attorney Abraham A. Simmons:

This letter is in regard to the two previous letters dated May 28 & 29 2008. I requested in discovery and you gave the defendant until April 30, 2008 to comply (**they did partially**) but left out important document/items that shows fraud is what the agency used to let me go after I complained of hostile working conditions; retaliated against me and how I was singled out receiving harsh/unjust treatments that others didn't receive including given more mail to case and deliver then the experienced carriers on a regular bases, violating my civil rights, if they will do all that what else would they do by hiding and trying to get away with. The defendant's are defying the court and me too.
(1) Omitted from the request is the time card on Yolanda Mamsaang for pay period 3/4/06 – 3/31/06 and 4/29/06-5/26/06 received from EEO investigation. *[margin: disregard]*
2. The date Driving Observation was performed on carriers who started when I did their names are Sam Carey, Phillip Hong, Germil Libatique, Juan Ramirez and Monette Zuasola and when each completed the route assigned to them from personnel unassisted or any route this information can be found on the Probation Period Tracking For RCA's.
(3) I asked that someone contact Tina Bixby she is no longer employed with the apt. complex per phone call with Isaac on May 31, 2008 the contact person is Diane Dwyer or Laura Obando property managers of Bridgeport Apartment asking the status on Georgette AbouNader 450 Pittman Rd. #423 Fairfield, CA 94534-6729 on when she moved from this unit. The agency said I through away good mail all they produced is presorted standard which isn't forwarded only first class mail. *[margin: disregard]*
Please Your Honor compel the defendant to release full discovery so that I can show the dishonesty on the agency part.

Sincerely,
*[signature: Katherine Williams]*
Katherine Williams Pro Se

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

    v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on June 11, 2008 the foregoing was given to the following:
Letter stating Defendant partially complied with Discovery Request

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*[signature: Katherine Williams]*
Katherine Williams Pro Se
    Plaintiff