**FILED**

JUL - 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 26, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS             C 08-00026 WHA
      Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL
      Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
PLAINTIFF'S FINAL DISCOVERY REQUEST (**portion**)

Dear Honorable Judge Williams Alsup/Attorney Abraham A. Simmons:

Mr. Simmons stated in court on June 11, 2008 that he would release Plaintiff's final Discovery request on June 25, 2008 or in two weeks. I am still waiting for my final request of **The dates Driving Observation was performed on the carriers who started when I did; their names are Sam Carey, Phillip Hong, Germil Libatique, Juan Ramirez and Monette Zuasola when did each carrier completed the route assigned to them from personnel unassisted or any route, this information can be found on the <u>Probation Period Tracking For RCA's</u>**. If you are having problems obtaining this information please let me know, I don't mind waiting a little longer.

Sincerely,

*Katherine Williams*
Katherine Williams

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

    v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on June 27, 2008 the foregoing was mailed to the following:
Plaintiff's Final Discovery Request Reminder

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams* (signature)
Katherine Williams Pro Se
Plaintiff

Katherine Williams
445 Fordham Cir.
Vallejo, CA 94591-1867
C-08 0026 WHA

OAKLAND CA 945
27 JUN 2008 PM 7 L

34102+3661 C004

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Fl
San Francisco, CA 94102