July 18, 2008

**FILED**

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

JUL 2 2 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS
        Plaintiff

C 08-00026 WHA

v.

JOHN E. POTTER, POSTMASTER GENERAL
        Defendant

UNITED STATES DISTIRCT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
3rd REQUEST FOR DISCOVERY (portion)

U. S. Attorney
Mr. Abraham Simmons
450 Golden Gate Ave.
San Francisco, CA 94102

Attn: Judge William H. Alsup/Mr. Abraham Simmons:

This is my 3rd and final request for discovery (portion) I feel that the information the post office has or can get this knowledge will help me support and substantiate my claim that I was discriminated and singled out receiving different treatment than the other carriers and that the agency retaliated against me by dismissing me from my postal job with fraud after I complained of hostile working conditions. The request is **the dates Driving Observation was performed on the carriers who started when I did: their names are Sam Carey, Phillip Hong, Germil Libatique, Juan Ramirez and Monette Zuasola; when did each carrier complete the route assigned to them from personnel unassisted or any route, this information can be found on the Probation Period Tracking For RCA's.** If I don't hear from you in 5 days (by July 24, 2008) with this information I will write to the judge and have him intervene for you to release this portion.

Sincerely,

Katherine Williams
Katherine Williams

## CERTIFICATE OF MAILING

### KATHERINE WILLIAMS USPS CARRIER

Plaintiff

v.

### JOHN E. POTTER, POSTMASTER GENERAL

Defendant

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### · SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on July 18, 2008 the foregoing was mailed to the following:
3rd Request for Defendant to Release Plaintiff's Discovery (portion).

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

Katherine Williams Pro Se
Plaintiff

USPS FIRST-CLASS FOREVER

OAKLAND CA 945

19 JUL 2008 PM 5 L

Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867
#C 08-0026 WHA

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Fl
San Francisco, CA 94102

94102+36661 C004   lllulullllllllllllllllllllllllllllllll