July 24, 2008

**FILED**

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

JUL 2 8 2008

**RICHARD W. WIEKING**
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS
        Plaintiff

C 08-00026 WHA

v.

JOHN E. POTTER, POSTMASTER GENERAL
        Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
COMPEL DEFENDANT TO RELEASE DISCOVERY (portion)

Dear Honorable Judge William H. Alsup:

I have requested for the 3rd time since June 11, 2008 for Mr. Simmons to furnish me with
the requested information and he said he would have the final Plaintiff's Discovery
(portion) by June 25, 2008 so that I can/will prove that the agency singled me out to
receive different treatment, they retaliated against me by using fraud to fire me after I
complained of hostile working conditions, they tried to cover up theirs acts of
discrimination against my person. I had to make my own trays to put my mail in to
deliver but the Asian carriers used the trays for that route, how I was harassed and
assaulted on a continues bases by an aggressive co-worker and two supervisors who was
put over us and not monitored by the Postmaster or Manager; which violated my civil
rights. Please! Your Honor intervene that I may obtain **the dates Driving Observation
was performed on the carriers who started when I did: their names are Sam Carey,
Phillip Hong, Germil Libatique, Juan Ramirez and Monette Zuasola; when did each
carrier complete the route assigned to them from personnel unassisted or any route,
this information can be found on the Probation Period Tracking For RCA's.** Darcie
Kibodeaux observed me twice and only gave me one observation sheet; but furnished two
for the EEO investigation which clearly shows she discriminated against me and trying to
make it look like I was mishandling the mail and was driving reckless. Thank you for
your assistance in the matter.

Sincerely,

*Katherine Williams*
Katherine Williams Pro Se

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL

Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on July 24, 2008 the foregoing was mailed to the following:
Letter requesting Honorable Judge William H. Alsup to Compel Defendant to Release
Plaintiff's Discovery (portion)

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

Katherine Williams Pro Se
Plaintiff

Katherine Williams
115 Fordham Civ.
Vallejo, CA 94589-1867
#C08000026 WHA

OAKLAND CA 946

DO NOT BEND

USA FIRSTCLASS FOREVER

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Fl
San Francisco, CA 94102

94102+3661 C004