Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

**FILED**

AUG 1 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS                             C 08-00026 WHA
      Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL
      Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
COMPEL DEFENDANT TO RELEASE DISCOVERY 2nd request (portion)

Dear Honorable Judge William H. Alsup:

Mr. Simmons said in court that he would furnish me with Plaintiff's final Discovery (portion) by June 25, 2008 so that I can/will prove that the agency wronged me. I have asked him if he needed more time to let me know, even given him 2 weeks before I made a 2nd request; and to this day I haven't heard from him. I was singled out to receive different treatment, given more mail to case and deliver on a regular bases, treated harsh and different from the other carriers, retaliated against by letting me go by fraud, after I complained of hostile working conditions, they tried to cover up theirs acts of discrimination against my person, my **civil rights were violated**. I wrote to Your Honor asking him to intervene in a letter dated July 24, 2008 and I haven't received a response. **Please!** Your Honor, intervene ordering the Defendant to release Plaintiff's discovery request (portion) that I may obtain **the dates Driving Observation was performed on the carriers who started when I did: their names are Sam Carey, Phillip Hong, Germil Libatique, Juan Ramirez and Monette Zuasola; when did each carrier complete the route assigned to them from personnel unassisted or any route, this information can be found on the Probation Period Tracking For RCA's.** Darcie Kibodeaux observed me twice and only gave me one observation sheet; but furnished two for the EEO investigation which clearly shows she discriminated against me and trying to make it look like I was mishandling the mail and was driving reckless. Thank you for your assistance in the matter. **What was done wrong and underhanded to me needs to be made right by the Defendants.**

Sincerely,

*Katherine Williams*
Katherine Williams Pro Se

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

    v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on August 11, 2008 the foregoing was mailed to the following:
2nd Letter to Judge Alsup requesting Compel Defendant to Release Discovery (portion)

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams* (signature)
Katherine Williams Pro Se
    Plaintiff

Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589-1867
#08-00026WHA

OAKLAND CA 946
11 AUG 2008 PM 3 T

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Fl
San Francisco, CA 94102

9410243861 C004