Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

**FILED**

AUG 27 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS                          C 08-00026 WHA
      Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL
      Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
COMPEL DEFENDANT TO RELEASE DISCOVERY 3rd request (portion)

Dear Honorable Judge William H. Alsup:

I wrote to you, Your Honor asking you to intervene in letters dated July 24, 2008 and August 11, 2008 and I haven't received a response. **Please!** Your Honor, intervene ordering the Defendant to release Plaintiff's discovery request (portion) that I may obtain **the dates Driving Observation was performed on the carriers who started when I did: their names are Sam Carey, Phillip Hong, Germil Libatique, Juan Ramirez and Monette Zuasola; when did each carrier complete the route assigned to them from personnel unassisted or any route, this information can be found on the Probation Period Tracking For RCA's.** This request was made before the cut off date of April 30, 2008; which Your Honor set for making requests of Discovery and Disclosure, so there shouldn't be a problem in me receiving stated request because it was made before the deadline. If Mr. Simmons is having a problem releasing this information it could only be for two reasons; (1) they are having difficulties obtaining all carriers observation sheets from personnel or (2) they see by the truth in the evidence that I have been wronged and no driving observation was done on any carrier during the time two observations were done on me, singling me out to receive different treatment then the other carriers, harassments and intentionally inflicting me which caused great physical and emotional harm to my person. Please compel the Defendant because they will not/have not complied with releasing Plaintiff's entire discovery request. Thank you for your attention in the matter.

Sincerely,

*Katherine Williams*
Katherine Williams Pro Se

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on August 25, 2008 the foregoing was mailed to the following:
Letter requesting Honorable Judge William H. Alsup to Compel Defendant to Release Final Plaintiff Discovery 3rd Request (portion)

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102

*Katherine Williams* Pro Se
    Plaintiff

Katherine Williams
145 Fordham Cir.
Vallejo, CA 94591-1867
C 08-00026 WHA

OAKLAND CA 946
25 AUG 2008 PM 6 L

9410274561 0004

United States District Court
Honorable William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19F)
San Francisco, CA 94102