**FILED**

SEP - 3 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

August 31, 2008

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                     C 08-00026 WHA
         Plaintiff
v.

JOHN E. POTTER, POSTMASTER GENERAL
         Defendant

UNITED STATES DISTIRCT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
ASKING THE HONORABLE JUDGE WILLIAM H. ALSUP TO GRANT
PLAINTIFF'S ADDITIONAL REQUEST FOR DISCOVERY AFTER DEADLINE

Dear Honorable Judge William H. Alsup:

I would like to make an additional request for Discovery from the Defendants to obtain documents after the deadline closed; this evidence is very pertinent to my case because it shows that I was harassed, discriminated against, singled out and intentionally afflicted by Darcie Kibodeaux she gave me more mail to case and deliver on regular bases and often treated me differently even the individuals I started work at the post office with. The request is for who and the amount of mail delivered on routes **19, 20, 21, 22 and 23** on these dates; 4/13/06, 4/20/06 4/27/06, 5/4/30, 5/30/06 and 6/8/06.  I called Darcie on 4/28/06 and she compared my route to the **stated routes in bold** and said, on 4/27/06 I (route 19) delivered 200 more pieces of mail then the trained experienced carriers.  I would be getting ready to pull down the mail when Darcie would tell me I had to case up the mail that was just setting off to the side of my casing by myself, so my job was often made harder then the other carriers.  I apologize for the late request and hope that Your Honor pardon and grant this request to receive requested documents from the Defendants.  It just came to my mind that this wasn't requested.  I do have supporting evidence of claim.  Thank you for your attention in this matter, I know Your Honor is very busy.

Sincerely,

Katherine Williams
Katherine Williams Pro Se

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on September 2, 2008 the foregoing was mailed to the following:
Letter Requesting Judge William H. Alsup to Grant Additional Discovery from
Defendant after April 30, 2008 Deadline

First Class mail Honorable William H. Alsup, District Judge
First Class mail Atty. Abraham A. Simmons, for Federal Defendant


Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

Attorney Abraham A. Simmons
450 Golden Gate Ave. 9th Floor
San Francisco, CA 94102


_Katherine Williams_
Katherine Williams Pro Se
    Plaintiff

Katherine Williams
405 Fordham Cir.
Vallejo, CA 94589-1867
#08-0026 WHA

OAKLAND CA 946
30 SEP 2008

United States District Court
Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Fl
San Francisco, CA 94102

9410213661 0004