IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

    Plaintiff,

  v.

JOHN E. POTTER,
POSTMASTER GENERAL,

    Defendant.
                               /

No. C 08-0006 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S VARIOUS DISCOVERY DISPUTES**

     The Court shall hold a hearing on plaintiff's various discovery disputes (recited in her undated letters filed on July 1 and 28, August 18 and 27, and September 3, 2008) on **SEPTEMBER 19, 2008, AT 2:00 P.M.** Defendant need to respond to these letters by September 15.

     **IT IS SO ORDERED.**

Dated: September 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE