United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN E. POTTER,<br>POSTMASTER GENERAL,<br><br>    Defendant.<br>                                         / | No. C 08-00026 WHA<br><br>**ORDER RE PLAINTIFF'S<br>VARIOUS DISCOVERY<br>DISPUTES** |

      The Court held a hearing on September 19, 2008 to address plaintiff's various discovery requests. The Court reviewed each of the letters in which plaintiff set forth discovery requests or expressed concerns about the discovery process. Defendant's counsel indicated that he had conducted a reasonable search for material responsive to those letters, and he produced all responsive documents discovered in the course of those searches to plaintiff at the hearing. All pending discovery disputes have therefore been resolved.

      **IT IS SO ORDERED.**

Dated: September 19, 2008

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE