IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

    Plaintiff,

  v.

JOHN E. POTTER,
POSTMASTER GENERAL,

    Defendant.
_____/

No. C 08-00026 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's various letters concerning her discovery requests or disputes outlined in letters from October through December 2008 and **SETS** a hearing on **FRIDAY, JANUARY 9, 2009, AT 2:00 P.M.**, in Courtroom No. 9, 450 Golden Gate Avenue, San Francisco, California. Plaintiff and defendant are **ORDERED** to meet and confer prior to the hearing to resolve any discovery disputes. Defendant should include in its response any remaining discovery that plaintiff claims are owed to her, which response is due no by **NOON ON JANUARY 8, 2009**. Moreover, plaintiff should come to the hearing prepared to explain precisely what discovery requests she has made to defendant that remain unfulfilled. If the parties are able to resolve all outstanding disputes through the meet-and-confer, they should notify the Court prior to the hearing.

    **IT IS SO ORDERED.**

Dated: December 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE