IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

    Plaintiff,

  v.

JOHN E. POTTER,
POSTMASTER GENERAL,

    Defendant.
 / 

No. C 08-00026 WHA

**ORDER RE PLAINTIFF'S MOTIONS FOR RELIEF FROM SETTLEMENT**

In this *pro se* employment action, a settlement conference was held before Magistrate Judge James at which, the minutes indicate, the case was settled. Plaintiff subsequently submitted multiple filings in which she requests relief from her decision to settle. In two filings dated January 29, 2009, she indicates that she was "strong armed" into settling by Judge James and that she now wants to "keep fighting." She further alleged that she only agreed to settle the wrongful termination charge but nothing else. In the third filing, dated February 2, she challenges the notion that her employer had "just cause" to terminate her and alleges a hostile work environment. Defendant should respond to the filings by **FEBRUARY 19, 2009**. Plaintiff may file any subsequent response she wishes to file by **FEBRUARY 26, 2009**. A hearing on the matter, if one is deemed necessary, will be scheduled thereafter.

Dated: February 5, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE