IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

    Plaintiff,

  v.

JOHN E. POTTER,
POSTMASTER GENERAL,

    Defendant.
                              /

No. C 08-00026 WHA

**ORDER DENYING PLAINTIFF'S SECOND REQUEST FOR RELIEF FROM SETTLEMENT**

In this *pro se* employment action, a settlement conference was held before Magistrate Judge Maria-Elena James at which the case settled. Plaintiff subsequently filed letters in which she requested relief from her decision to settle. Briefing on the letters was invited, and a March 2009 order denied the requests finding that plaintiff had entered a valid, binding settlement agreement. The March 2009 order directed the government to make the settlement payment and, upon the filing of a declaration confirming payment, that the case be closed. The government has confirmed payment but, before the case was closed, plaintiff filed additional letters requesting that the matter again be reconsidered.

Plaintiff's latest letters raise similar arguments as her prior ones — that she felt pressure to settle at the conference and now regrets the decision. The Court previously reviewed the transcript, however, and found that plaintiff entered a binding settlement agreement. Plaintiff's latest request is **DENIED**; the case has settled. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: May 4, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE