IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

    Plaintiff,

v.

JOHN E. POTTER,
POSTMASTER GENERAL,

    Defendant.
                                  /

No. C 08-00026 WHA

**ORDER RE PLAINTIFF'S FURTHER REQUEST FOR RELIEF FROM SETTLEMENT**

      This *pro se* employment action was settled at a settlement conference held before Magistrate Judge Maria-Elena James. Plaintiff subsequently filed two requests for relief from her decision to settle. Both were denied because plaintiff had entered a valid, binding settlement. Plaintiff has now submitted yet additional letters asking once again that the Court reconsider the validity of the settlement (for similar reasons) and suggesting that she may appeal. This case has settled. The case is closed. This Court cannot and will not entertain further requests for relief on the same grounds. If plaintiff wishes to appeal, she should file her notice of appeal promptly before the deadline to do so passes.

      **IT IS SO ORDERED**.

Dated: May 14, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE