IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

    Plaintiff,

v.

JOHN E. POTTER,
POSTMASTER GENERAL,

    Defendant.
                                 /

No. C 08-00026 WHA

**ORDER DENYING
PLAINTIFF'S MOTION
FOR REVIEW OF DISMISSAL**

    This *pro se* employment action was settled at a settlement conference held before Magistrate Judge Maria-Elena James in January 2009. Plaintiff subsequently filed four requests for relief from her decision to settle. All were denied because plaintiff had entered a valid, binding settlement. Plaintiff now moves yet again for relief from the settlement, repeating barely comprehensible, nonsensical arguments from her previous requests which have already been rejected. She has not stated a valid ground for relief from the settlement into which she voluntarily entered. Nor has she brought her motion for relief within a reasonable time. The case has been closed for a year and a half. Her motion is therefore **DENIED**.

    Plaintiff's continued repetitive and meritless motions in this matter are an unwarranted

drain of the Court's limited resources.  Plaintiff is ordered not to file further submissions in this matter and the Clerk is ordered to **DISREGARD** any future filings in this case.

**IT IS SO ORDERED**.

Dated: June 25, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE