United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

    Plaintiff,

v.

JOHN E. POTTER,
POSTMASTER GENERAL,

    Defendant.
    /

No. C 08-00026 WHA

**ORDER REGARDING PLAINTIFF'S LETTER TO CHIEF JUDGE WARE**

Plaintiff has been ordered to not file any further submissions in this matter. Yet she has continued to, writing a letter to Chief Judge Ware who in a subsequent order denied plaintiff relief. In light of Chief Judge Ware's prior order and the fact that plaintiff's new letter — appended hereto — rehashes the same arguments, the relief requested in her new letter is also denied. *Plaintiff is ordered once again to file no further submissions in this matter*.

**IT IS SO ORDERED**.

Dated: April 11, 2011.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE

March 29, 2011

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
C-0800026WHA/MEJ


U.S. District Court
Clerks, Office
450 Golden Gate 16th Fl R1111
San Francisco, CA 94102

Chief Justice James Ware:

Yes, this case did proceed up to the U.S. Supreme Court and I didn't receive the decision that I was looking for only because I didn't have an attorney in the U.S. Supreme Court Rule book it states that the U.S. Supreme Court isn't there to correct the errors of the lower court and I believe I had overwhelming documentation and evidence to support judicial error to strike down the decision. Unfortunately your honor you wasn't in Magistrate James chambers with us so you don't know how I was taken advantage of as I stated before she ushered me into a panic/anxiety attack, the process was not explained as I remember correctly since I wasn't on calendar she and Mr. Simmons didn't come into that chamber until around or about 10:20a or after, where I was just sitting and waiting for them to arrive I also expected Mr. Simmons to come through the same door that I came through but he came in behind Magistrate James from her office area so the negotiation wasn't two hours long as stated in the transcripts. She misstated facts of the case, wasn't knowledgeable of the case or the evidence I gathered in Discovery, the negotiation was suppose to be neutral I didn't see any fairness in that either; not to mention that Brenda Tolbert called my house telling me I had to be at that conference. The simple fact is my case wasn't on calendar; can I get into your courtroom or have any kind of conference without a case being on your calendar? **I should think not.** How can that proceeding be legal and binding when she said the letter was mishandled and wrapped the entire case around that letter; what about the discrimination and the harassment that I encountered, we also had retaliation which is what any fair discussion should have started with then one could easily see the other charges. You can clearly see I was taken advantage of don't anyone care that I was assaulted and when I complained I was fired under pretentious reasons. The mail wasn't mishandled I misdelivered one piece of mail that we got back only because I was assaulted by Larry Headington on that very day June 9, 2006; as he was passing my workstation he aggressively and intentionally bumped his orange hamper into mines almost knocking me down retaliation is any adverse action after one make a complaint. Please reconsider your decision because I thought I would get fairness through the court and only received unfairness and allowed to be taken advantage of by the court and court officials. **The case was settled under duress** which is grounds for dismissal.

Katherine Williams
*Katherine Williams*



Katherine Williams
445 Fordham Cir.
Vallejo, CA 94589

U.S. District Court
Clerks Office
450 Golden Gate Ave, 16th Fl R1111
San Francisco, CA 94102

Attn:
Chief Justice
James Ware