IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

    Plaintiff,

v.

JOHN E. POTTER,
POSTMASTER GENERAL,

    Defendant.
                               /

No. C 08-00026 WHA

**NOTICE OF LETTER FROM PLAINTIFF**

    Plaintiff has been ordered *repeatedly* to file no further submissions in this matter and the Clerk has been ordered to disregard all filings in this case. The appended letter was received from plaintiff yesterday. This order repeats once again its admonition and files the letter solely for the record.

Dated: July 7, 2011.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE

July 5, 2011

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                                    C 08-00026 WHA

        Plaintiff

JOHN E. POTTER, POSTMASTER GENERAL

        Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
MOTION FOR REVIEW OF DISMISSAL ESTABLISH LAWS

Honorable Judge William H. Alsup:

I would again ask you to reconsider your decision of my request for Motion For Review Of Dismissal because of established law because not only was the hearing for January 27, 2009 removed from Magistrate Maria-Elena James scheduled calendar she used coercion and invoked the term "Let God Take Care Of It or Handle It" in that effect which I believe crossed the line prohibiting church and state or using God in any legal discussions sending me into a anxiety/panic attack, I felt intimidated by her forcefulness and actions toward me and taken advantage of by the Court and court officials who suppose to stand for justice for all, she wasn't abreast on the case nor had any of the evidence. I feel she was partial towards the defendants. I had never been in such a setting, didn't know what to expect or what would happen next all I know the preceding wasn't legal or fair.
Your Honor I would like for your decision to be vacated and the case put on calendar before a jury or allow myself and the defendant to continue in negotiations for a fair outcome accordingly to the evidence. I feel that I was not given my due process of the law or the court. I want to apologize to you if you felt that I disrespected you or the court by rushing you to respond to my letters with more that one request I didn't want to forget what I was asking you for and I was trying to put my case together. I wasn't privileged to have an office staff to work on this case as atty. Abraham Simmons does. Sir I've only told the truth to the court and Your Honor I was injured in that extreme toxic environment where my civil rights were violated. I was shot with rubber bands and my hand shoved into a metal casing when I complained of assaults in retaliation I was terminated without just cause.

*Katherine Williams*
Katherine Williams Pro Se

Michael Catabay          06/10/2006

1. Have you ever heard Larry Headington use profanity on the work room floor?

No

2. Did Larry Headington put a note on Katherine Williams back?

I think so.

3. Did you ever see Larry Headington shoot rubber bands at Katherine Williams?

Yes, not just at her he does it to every one.

4. Have you ever heard Larry Headington speak with malice about Katherine Williams?

No

5. Were you playing around with Larry Headington while you were training Katherine Williams on route 19?

No, but we probably were laughing but we were not playing around.

6. Have you ever seen Larry Headington show any aggression toward Katherine Williams?

No

Interview conducted by
Darcella Kibodeaux
SCS
On 06/10/2006

Exhibit 20
p. 1 of 2

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

  v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on July 5, 2011 the foregoing was mailed to the following:
Letter requesting: MOTION FOR REVIEW OF DISMISSAL ESTABLISH LAWS

First Class mail Honorable William H. Alsup, District Judge

Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Floor
San Francisco, CA 94102

*Katherine Williams*
Katherine Williams Pro Se
    Plaintiff

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867

OAKLAND CA 945
05 JUL 2011 PM 5 L

United States District Court
Northern District of California
Honorable Judge William H. Alsup
450 Golden Gate Ave. Courtroom #9, 19 Fl.
San Francisco, CA 94102

94102+3423