1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

       Plaintiff,

  v.

JOHN E. POTTER, Postmaster General,

       Defendant.

_____/

No. C 08-00026 WHA

**NOTICE OF LETTER
FROM PLAINTIFF**

     Plaintiff has been ordered *repeatedly* to not file any further submissions in this matter. The Clerk has been ordered to disregard all filings in this action (Dkt. No. 85). The appended letter was received on December 15, 2011. In light of Chief Judge Ware's prior order and the fact that plaintiff's new letter rehashes arguments previously made, the requested relief is denied (Dkt. No. 96). The order repeats, once again, its admonition and files the letter solely for the record.

    **IT IS SO ORDERED.**

Dated:  December 19, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE