IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KATHERINE WILLIAMS,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General,

    Defendant.

No. C 08-00026 WHA

**NOTICE OF LETTER FROM PLAINTIFF**

Plaintiff has been ordered *repeatedly* to not file any further submissions in this matter. The Clerk has been ordered to disregard all filings in this action (Dkt. No. 85). The appended letter was received on November 1, 2012. In light of Chief Judge Ware's prior order and the fact that plaintiff's new letter rehashes arguments previously made, the requested relief is denied (Dkt. No. 96). The order repeats, once again, its admonition and files the letter solely for the record.

**IT IS SO ORDERED.**

Dated: November 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

October 30, 2012

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                                    C 08-00026 WHA
      Plaintiff
v.

JOHN E. POTTER, POSTMASTER GENERAL
      Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION
## MOTION FOR REQUEST TO VACATE OR REPEAL DECISION

Honorable Judge William H. Alsup:

I think the decision was wrong being that I can't get into your courtroom or any courtroom/chamber without being on calendar. They didn't operate in integrity and fairness, conspired together against me because they came in from her office area together. I turned to the court system for justice only to receive wrong doing and misconduct from court officials with an insulting amount to be compensated for all my injuries and loss of job and other labor violations. As another date of 1/26 has passed I still remember the injustice I not only received from my employer but also the court and federal court officials. Acting as Pro Se I had ineffective or no council/representation to protect my interest during that time I was suffering from depression, anxiety; was on psychotropic medicines and attending psychotherapy. I request to repeal or vacate settlement because it wasn't fair to justice but more like a grave injustice to me. Isn't anyone concerned about truth, fairness and justice? I was assaulted, harassed, discriminated, given more work than the other carriers and when I complained I was fired from my job which I loved without just cause. I didn't receive due process or my case heard, reviewed with attention and deliberation of all evidenced gathered. I expected my case to be heard before a judge and jury that all the facts could be weighted and justice prevail. Evidence gathered thus far shows I've been wronged allowing all guilty parties to get away with violation my civil rights and going on with their lives and their job while I continue to try and pick up the pieces of what's left of mines. I'd like the decision repealed or vacated because I can't say this enough the procedure wasn't fair or a fair decision made on my behalf.

Thank you your Honor

*Katherine Williams*
Katherine Williams

CERTIFICATE OF MAILING

KATHERINE WILLIAMS USPS CARRIER

    Plaintiff

  v.

JOHN E. POTTER, POSTMASTER GENERAL

    Defendant

UNITED STATES DISTRICT COURT
SAN FRANCISCO DIVISION

CASE NO. C 08-00026 WHA

I certify that on OCTOBER 30, 2012 the foregoing was mailed of the following: Letter: MOTION FOR YOUR HONOR'S DECISION TO BE VACATED OR REPEALED: 2nd letter: I was taken advantage of KW

First Class mail to: Judge William Alsup
    450 Golden Gate Ave. Courtroom #9, 19 Fl
    San Francisco, CA 94102

*Katherine Williams* Pro Se
    Plaintiff

December 10, 2011

Katherine Williams
445 Fordham Cir
Vallejo, CA 94589-1867
(707) 643-2423

KATHERINE WILLIAMS                         C 08-00026 WHA
      Plaintiff

v.

JOHN E. POTTER, POSTMASTER GENERAL
      Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION
PLEASE RECONSIDER YOUR DECISION I WAS TAKEN ADVANTAGE OF

Honorable Judge William H. Alsup:

I have been thinking and can't get over Your Honor how I've was taken advantage of by Magistrate Maria-Elena James. I thought the court was supposed to protect and administer justice for all and for the little person and not allow them to be taken advantage of. I feel my voice haven't been heard and I was allowed to be taken advantage of so I write to get some relief from the order that dismissed the above case or please allow me to re-file or modify my case that I may get justice for myself. I feel that the charges in the above case weren't addressed and that what was addressed was grossly mishandled. As I stated and have supplies to the court medical documents that show I suffer from panic/anxiety attacks after being assaulted and harassed at that postal location in Fairfield, CA by supervisors and employee against my person. Magistrate Maria-Elena James ushered me into what I thought was a heart attack or black out, I was crying and just wanted to get away from that women. I feel I was bullied by a federal government official 45-7-401 all laws and rules broken by her actions or I was the victim of white wash on my case or malfeasance in office. I lodged a misconduct complaint against Magistrate Maria-Elena James and her clerk, Brenda Tolbert; nothing was done concerning their actions in this case of habitual neglect of duties. The deal wasn't reached fairly or in good faith. The misconduct by Magistrate James makes possible that constitutional violations continue unaddressed and undeterred. I feel she showed favoritism to corruption and antagonism to me the victim of constitutional violation 28 U.S.C.351 (a). She clearly took advantage of my disability by her aggressively strong approach towards me and my case. If Mark Anderson committed a crime and his case was heard in District Court, pleaded no contest, was sentenced and allowed to change his plea requesting a jury trial how much more should I be able to be heard and granted because of wrong doing by court officials. I filed a timely motion for reconsideration because of their actions and misappropriations of the above case. My confidence in the judicial system of getting justice have been seriously impacted in a negative way because of the actions of a few people with the mishandling my case and her working close with Atty.

Abraham Simmons to get rid of my case at any means including manipulation. I never received a fair process throughout the administrative or court proceedings in spite of the truth which can clearly be seen. If Ray Charles was alive and still blind he could see this. Seems to me some people want me to go away and allow what has happened to me. I am a protected class and my civil rights have been grossly violated. I was denied appointment of legal representation even after I made several requests if appointment was granted at least I as a little person would have not been allowed to be taken advantage of or just kicked on by the giant. Please hear my pleas Your Honor and grant my petition to allow my case to be put back on calendar for possible trial or continue to negotiate. I was taken advantage of and not in good health during that time. . Enclosed is also an article of a case that was heard in San Francisco District Court, went to United States Supreme Court made a decision then was given another look from California Supreme Court. There is no doubt about it Magistrate James and Brenda Tolbert behaved unethical or in an underhanded fashion which constitute misconduct the negation or settlement was neither fair or reasonable or adequate or in my best interest, it was all four of these things. Don't Justice Matter?   I have never disrespected the court or you Sir. In the event the case is tried I will present substantial facts of wrong doings of my employer

Thank You,

*Katherine Williams*
Katherine Williams Pro Se